**RECEIVED**

DEC 2 0 2016

U.S. District Court
Eastern District of MO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
Eastern_____ **DIVISION**

| | |
|---|---|
| Maurese Bey, ex rel. Maurese Wynne | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs | ) |
| | ) Case No. |
| UNITED STATES GOVERNMENT, CORPORATION | ) |
| | ) |
| vs | ) |
| | ) |
| QUASI | ) |
| UNITED STATES SECRETARY OF STATE | ) |
| JOHN KERRY | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
| | ) |
| vs | ) |
| | ) |
| QUASI | ) |
| FORMER UNITED STATES SECRETARY OF STATE | ) |
| HILLARY CLINTON | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
| | ) |
| vs | ) |
| | ) |
| QUASI | ) |
| OFFICE OF UNITED STATES SECRETARY | ) |
| OF STATE | ) |
| | ) |
| vs | ) |
| | ) |
| QUASI | ) |
| UNITED STATES ATTORNEY GENERAL | ) |
| LORETTA LYNCH | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
| | ) |
| vs | ) |
| | ) |
| QUASI | ) |
| FORMER UNITED STATES ATTORNEY GENERAL | ) |
| ERIC HOLDER | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
| | ) |
| vs | ) |
| | ) |

QUASI                                           )
UNITED STATES DEPARTMENT OF JUSTICE             )
                                                )
                    vs                          )
                                                )
QUASI                                           )
STATE OF MISSOURI                               )
                                                )
                    vs                          )
                                                )
QUASI                                           )
STATE OF MISSOURI GOVERNOR                      )
JAY NIXON                                       )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
OFFICE OF MISSOURI GOVERNOR                     )
                                                )
                    vs                          )
                                                )
QUASI                                           )
MISSOURI SECRETARY OF STATE                     )
JASON KANDER                                    )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
OFFICE OF MISSOURI SECRETARY OF STATE           )
                                                )
                    vs                          )
                                                )
QUASI                                           )
MISSOURI ATTORNEY GENERAL                       )
CHRIS KOSTER                                    )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
OFFICE OF MISSOURI ATTORNEY GENERAL             )
                                                )
                    vs                          )
                                                )
QUASI                                           )
MISSOURI DEPARTMENT OF CORRECTIONS              )

```
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI DEPARTMENT OF CORRECTIONS            )
DIRECTOR, GEORGE A. LOMBARDI                  )
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI DEPARTMENT OF REVENUE                )
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI DEPARTMENT OF REVENUE                )
DIRECTOR, NIA RAY                             )
IN QUASI OFFICIAL CAPACITY                    )
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI MOTOR VEHICLE DEPARTMENT             )
DIRECTOR, JACKIE BEMBOOM                      )
IN QUASI OFFICIAL CAPACITY                    )
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI MOTOR VEHICLE DEPARTMENT             )
                                              )
                   vs                         )
                                              )
QUASI                                         )
MISSOURI GENERAL ASSEMBLY                     )
                                              )
                   vs                         )
                                              )
QUASI                                         )
ST. LOUIS, COUNTY, MISSOURI                   )
                                              )
                   vs                         )
                                              )
QUASI                                         )
ST. LOUIS COUNTY EXECUTIVE                    )
STEVE STENGER                                 )
IN QUASI OFFICIAL CAPACITY                    )
                                              )
```

VS                                              )
                                                )
QUASI                                           )
FORMER ST. LOUIS COUNTY EXECUTIVE,              )
CHARLIE DOOLEY                                  )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY, COUNTY EXECUTIVE              )
OFFICE                                          )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY PROSECUTING ATTORNEY           )
ROBERT P. McCULLOCH                             )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    VS                          )
                                                )
QUASI                                           )
OFFICE OF ST. LOUIS COUNTY PROSECUTING          )
ATTORNEY                                        )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY JAIL                           )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY DEPARTMENT OF JUSTICE          )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY DEPARTMENT OF JUSTICE          )
DIRECTOR                                        )
HEBERT L. BENSON                                )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    VS                          )
                                                )
QUASI                                           )
ST. LOUIS COUNTY, MISSOURI SHERIFF              )

JIM BUCKLES                                          )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY, MISSOURI SHERIFF OFFICE            )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY POLICE CHIEF                        )
COLONEL, JON BELMAR                                  )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY POLICE CHIEF OFFICE                 )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY FORMER CHIEF OF POLICE              )
TIM FITCH                                            )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY BOARD OF POLICE                     )
COMMIISSIONERS                                       )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS, COUNTY COUNCIL                            )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. LOUIS COUNTY CIRCUIT COURT JUDGE                 )
Joseph Dueker                                        )
IN QUASI OFFICIAL CAPACITY                           )
IN INDIVIDUAL CAPACITY                               )
                                                     )
                vs                                   )
                                                     )

QUASI
ST. LOUIS COUNTY CIRCUIT COURT JUDGE
DENNIS SMITH
IN QUASI OFFICIAL CAPACITY

     vs

QUASI
ST. LOUIS COUNTY CIRCUIT COURT JUDGE
MARY B. SCHROEDER
IN QUASI OFFICIAL CAPACITY

     vs

QUASI
ST. LOUIS COUNTY CIRCUIT COURT JUDGE
JOHN BORBONUS III
IN QUASI OFFICIAL CAPACITY

     vs

QUASI
ST. LOUIS COUNTY CIRCUIT COURT

     vs

QUASI
ST. LOUIS COUNTY CIRCUIT COURT JUDGE
RICHARD STEWART
IN QUASI OFFICIAL CAPACITY

     vs

QUASI
CITY OF PINE LAWN, MISSOURI

     vs

QUASI
CITY OF PINE LAWN, MISSOURI MAYOR
SYLVESTER CALDWELL
IN QUASI OFFICIAL CAPACITY

     vs

QUASI
OFFICE OF PINE LAWN, MISSOURI MAYOR

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

vs                                                )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI BOARD OF ALDERMAN             )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI PROSECUTING                   )
ATTORNEY                                          )
RUFUS TATE                                        )
IN QUASI OFFICIAL CAPACITY                        )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
OFFICE OF PINE LAWN, MISSOURI                     )
PROSECUTING ATTORNEY                              )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI POLICE DEPARTMENT             )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI CHIEF OF POLICE               )
MAURICE BROWN                                     )
IN QUASI OFFICIAL CAPACITY                        )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI CHIEF OF POLICE               )
OFFICE                                            )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI MUNICIPAL COURT               )
                                                  )
                       vs                         )
                                                  )
QUASI                                             )
PINE LAWN, MISSOURI MUNICIPAL JUDGE               )
DEAN PLOCHER                                      )
IN QUASI OFFICIAL CAPACITY                        )

vs                                          )
                                            )
                                            )
QUASI                                       )
PINE LAWN, MISSOURI POLICE OFFICER          )
HUBBARD Badge #412                          )
IN QUASI OFFICIAL CAPACITY                  )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
CITY OF FLORISSANT, MISSOURI                )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
CITY OF FLORISSANT, MISSOURI MAYOR          )
THOMAS SCHNEIDER                            )
IN QUASI OFFICIAL CAPACITY                  )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
OFFICE OF FLORISSANT, MISSOURI MAYOR        )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
FLORISSANT, MISSOURI COUNTY COUNCIL         )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
FORMER FLORISSANT, MISSOURI                 )
PROSECUTING ATTORNEY                        )
RONALD BROCKMEYER                           )
IN QUASI OFFICIAL CAPACITY                  )
                                            )
                                            )
vs                                          )
                                            )
QUASI                                       )
FLORISSANT, MISSOURI PROSECUTING            )
ATTORNEY                                    )
MARY E. DORSEY                              )
IN QUASI OFFICIAL CAPACITY                  )
                                            )
                                            )
vs                                          )
                                            )

QUASI                                                          )
OFFICE OF FLORISSANT, MISSOURI                                )
PROSECUTING ATTORNEY                                          )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI POLICE DEPARTMENT                       )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI JAIL                                    )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI CHIEF OF POLICE                        )
TIMOTHY LOWERY                                               )
IN QUASI OFFICIAL CAPACITY                                   )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI CHIEF OF POLICE                        )
OFFICE                                                       )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI MUNICIPAL COURT                        )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI MUNICIPAL JUDGE                        )
DANIEL BOYLE                                                 )
IN QUASI OFFICIAL CAPACITY                                   )
                                                             )
                    vs                                        )
                                                             )
QUASI                                                        )
FLORISSANT, MISSOURI POLICE OFFICER                         )
NILSON Badge #00598                                          )
IN QUASI OFFICIAL CAPACITY                                   )
                                                             )
                    vs                                        )
                                                             )

QUASI )
FLORISSANT, MISSOURI POLICE OFFICER )
PATRICK J, O'NEILL - DSN 555 )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
FLORISSANT, MISSOURI POLICE OFFICER )
OSMER - DSN 591 )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
FLORISSANT, MISSOURI POLICE OFFICER )
LAW – DSN 610 )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
CITY OF BERKELEY, MISSOURI )
)
vs )
)
QUASI )
CITY OF BERKELEY, MISSOURI MAYOR )
THEODORE HOSKINS )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
OFFICE OF BERKELEY, MISSOURI MAYOR )
)
vs )
)
QUASI )
BERKELEY, MISSOURI COUNTY COUNCIL )
)
vs )
)
QUASI )
BERKELEY, MISSOURI CITY MANAGER )
Ab dul – Kaba ABdullah )
IN QUASI OFFICIAL CAPACITY )
)

vs                                                              )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI CITY MANAGER OFFICE                         )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI PROSECUTING ATTY.                           )
DONNELL SMITH                                                  )
IN QUASI OFFICIAL CAPACITY                                     )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI OFFICE OF THE                               )
PROSECUTING ATTORNEY                                           )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI POLICE DEPARTMENT                           )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI CHIEF OF POLICE                             )
COLONEL FRANK McCall, Jr                                       )
IN QUASI OFFICIAL CAPACITY                                     )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI CHIEF OF POLICE                             )
OFFICE                                                         )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI MUNICIPAL COURT                             )
                                                               )
            vs                                                 )
                                                               )
QUASI                                                          )
BERKELEY, MISSOURI MUNICIPAL JUDGE                             )
JENNIFER FISHER                                                )
IN QUASI OFFICIAL CAPACITY                                     )
                                                               )

vs                                                                )
                                                                  )
QUASI                                                             )
BERKELEY, MISSOURI POLICE OFFICER                                 )
BUHR Badge #546                                                   )
IN QUASI OFFICIAL CAPACITY                                        )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
CITY OF ST. ANN, MISSOURI                                         )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
ST. ANN, MISSOURI MAYOR                                           )
MICHAEL G. CORCORAN                                               )
IN QUASI OFFICIAL CAPACITY                                        )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
OFFICE OF ST. ANN, MISSOURI MAYOR                                 )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
ST. ANN, MISSOURI BOARD OF ALDERMAN                               )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
ST. ANN, MISSOURI PROSECUTING ATTORNEY                            )
KEITH CHEUNG                                                      )
IN QUASI OFFICIAL CAPACITY                                        )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
OFFICE OF ST. ANN, MISSOURI                                       )
PROSECUTING ATTORNEY                                              )
                                                                  )
              vs                                                  )
                                                                  )
QUASI                                                             )
ST. ANN, MISSOURI POLICE DEPARTMENT                               )
                                                                  )
              vs                                                  )

Page **12** of **71**

QUASI                                                )
ST. ANN, MISSOURI CITY ADMINISTRATOR,                )
MATT CONLEY                                          )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI CITY ADMINISTRATORS'               )
OFFICE                                               )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI CHIEF OF POLICE                    )
CHIEF JIMENZ                                         )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI CHIEF OF POLICE OFFICE             )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI JAIL                               )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI MUNICIPAL COURT                    )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI MUNICIPAL JUDGE                    )
SEAN J. O'HAGAN                                      )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )
                vs                                   )
                                                     )
QUASI                                                )
ST. ANN, MISSOURI POLICE OFFICER                     )
KINCAID – DSN 108                                    )
IN QUASI OFFICIAL CAPACITY                           )
                                                     )

```
                    vs                          )
                                                )
QUASI                                           )
CITY OF HAZELWOOD, MISSOURI                     )
                                                )
                    vs                          )
                                                )
QUASI                                           )
CITY OF HAZELWOOD, MISSOURI MAYOR               )
MATTHEW ROBINSON                                )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
OFFICE OF HAZELWOOD, MISSOURI MAYOR             )
                                                )
                    vs                          )
                                                )
QUASI                                           )
HAZELWOOD, MISSOURI CODE ENFORCEMENT            )
DEPARTMENT                                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
HAZELWOOD, MISSOURI CODE                        )
ADMINISTRATOR, PATRICK McSHEEHY                 )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
                    vs                          )
                                                )
QUASI                                           )
HAZELWOOD, MISSOURI CITY COUNCIL                )
                                                )
                    vs                          )
                                                )
QUASI                                           )
HAZELWOOD, MISSOURI PROSECUTING                 )
ATTORNEY                                        )
Patrick Chassaing                               )
IN QUASI OFFICIAL CAPACITY                      )
IN INDIVIDUAL CAPACITY                          )
                                                )
                    vs                          )
                                                )
QUASI                                           )
HAZELWOOD, MISSOURI PROSECUTING                 )
```

ATTORNEY )
STEPHANIE E. KARR )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
OFFICE OF HAZELWOOD, MISSOURI )
PROSECUTING ATTORNEY )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI POLICE DEPARTMENT )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI CHIEF OF POLICE )
GREG E. HALL )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI CHIEF OF POLICE )
OFFICE )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI MUNICIPAL COURT )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI MUNICIPAL JUDGE )
KEVIN KELLY )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
HAZELWOOD, MISSOURI POLICE OFFICER )
CRAIG TUDOR Badge #00415 )
IN QUASI OFFICIAL CAPACITY )
)
vs )

```
                                                    )
QUASI                                               )
HAZELWOOD, MISSOURI CITY MANAGER,                   )
MATTHEW ZIMMERMAN                                   )
IN QUASI OFFICIAL CAPACITY                          )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
HAZELWOOD, MISSOURI CITY MANAGER                    )
OFFICE                                              )
                                                    )
              vs                                    )
                                                    )
CITY OF DELLWOOD, MISSOURI                          )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
CITY OF DELLWOOD, MISSOURI MAYOR                    )
REGGIE JONES                                        )
IN QUASI OFFICIAL CAPACITY                          )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
OFFICE OF DELLWOOD, MISSOURI MAYOR                  )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
DELLWOOD, MISSOURI BOARD OF ALDERMEN               )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
DELLWOOD, MISSOURI CITY ADMINISTRATOR,             )
CORDARYL PATRICK                                    )
IN QUASI OFFICIAL CAPACITY                          )
                                                    )
              vs                                    )
                                                    )
QUASI                                               )
DELLWOOD, MISSOURI CITY ADMINISTRATORS'            )
OFFICE                                              )
                                                    )
              vs                                    )
                                                    )
```

QUASI                                            )
DELLWOOD, MISSOURI PROSECUTING ATTORNEY          )
TIMOTHY SMITH                                    )
IN QUASI OFFICIAL CAPACITY                       )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
OFFICE OF DELLWOOD, MISSOURI                     )
PROSECUTING ATTORNEY                             )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI POLICE DEPARTMENT             )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI POLICE SEARGANT               )
STEVE TUCKER                                     )
IN QUASI OFFICIAL CAPACITY                       )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI POLICE SEARGANT               )
OFFICE                                           )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI MUNICIPAL COURT               )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI MUNICIPAL JUDGE               )
DONNELL SMITH                                    )
IN QUASI OFFICIAL CAPACITY                       )
                                                 )
              vs                                 )
                                                 )
QUASI                                            )
DELLWOOD, MISSOURI POLICE OFFICER                )
SPEER – DSN #3992                                )
IN QUASI OFFICIAL CAPACITY                       )
                                                 )

VS                                              )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION COURT           )
                                                )
            VS                                  )
                                                )
QUASI                                           )
DELLWOOD, MISSOURI POLICE OFFICER               )
WHITE – DSN 4412                                )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
            VS                                  )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION                 )
PROSECUTING ATTORNEY                            )
NAUMAN WADALAWALA                               )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
            VS                                  )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION                 )
PROSECUTING ATTORNEY OFFICE                     )
                                                )
            VS                                  )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION JUDGE           )
DANIEL BROWN                                    )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
            VS                                  )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION                 )
1ST PRECINT                                     )
                                                )
            VS                                  )
                                                )
QUASI                                           )
ST. LOUIS COUNTY NORTH DIVISION                 )
1ST PRECINT CAPTIAN, GUY MEANS                  )
IN QUASI OFFICIAL CAPACITY                      )
                                                )
            VS                                  )
                                                )

QUASI )
ST. LOUIS COUNTY NORTH DIVISION )
1ST PRECINT CAPTIANS' OFFICE )
)
vs )
)
QUASI )
UNIVERSITY CITY, MISSOURI )
)
vs )
)
QUASI )
UNIVERSITY CITY, MISSOURI CITY MANAGER, )
LEGAN WALKER )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
UNIVERSITY CITY, MISSOURI CITY MANAGERS' )
OFFICE )
)
vs )
)
QUASI )
UNIVERSITY CITY, MISSOURI MAYOR )
SHELLEY WELSCH )
IN QUASI OFFICIAL CAPACITY )
)
vs )
)
QUASI )
OFFICE OF UNIVERSITY CITY, MISSOURI MAYOR )
)
vs )
)
QUASI )
UNIVERSITY CITY, CITY COUNCIL )
)
vs )
)
QUASI )
UNIVERSITY CITY, MISSOURI PROSECUTING )
ATTORNEY )
CINDY R. ORMSBY )
IN QUASI OFFICIAL CAPACITY )
IN INDIVIDUAL CAPACITY )
)

|  |  |
|---|---|
| vs | ) |
|  | ) |
| QUASI | ) |
| OFFICE OF UNIVERSITY CITY, MISSOURI | ) |
| PROSECUTING ATTORNEY | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI POLICE | ) |
| DEPARTMENT | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI CHIEF OF POLICE | ) |
| CHARLES ADAMS | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI CHIEF OF POLICE | ) |
| OFFICE | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI MUNICIPAL | ) |
| COURT | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI MUNICIPAL JUDGE | ) |
| PAUL D'AGROSA | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
| IN INDIVIDUAL CAPACITY | ) |
|  | ) |
| vs | ) |
|  | ) |
| QUASI | ) |
| UNIVERSITY CITY, MISSOURI POLICE OFFICER | ) |
| YOUNG – BADGE #426 | ) |
| IN QUASI OFFICIAL CAPACITY | ) |
|  | ) |
| *Defendant(s).* | ) |

Page **20** of **71**

**COMPLAINT**

I.      42 USC 1983, International Covenant on Civil and Political Rights - Article 2,

Paragraph 3(a) (b), and, (c), [Declaration On the Rights of Indigenous People - Article 8, sec. (2), Article

14, sec. (1), Article (27), Article 37 sec. (1), and, Article (40)], and, Constitution for the United States of

America Republic – Amendment I, is the grounds for filing this case in Federal Court.

II.      Plaintiff, Maurese Bey, ex rel. Maurese Wynne, resides in his (Body/Skin),

National Domicile is Northwest Amexem, and, mail address is: 5909 Cates Avenue, 2W, St. Louis,

Missouri 63112, phone number – (314) 585-9614.

III.      **The Defendant(s) lives at, or its business(s) is located at the following**:

) Defendant, United States Government Corporation, service address(s) are located at,

Attention: U.S. ATTORNEY - RICHARD CALLAHAN, 111 S. 10TH St. #20.333, ST. LOUIS,

MO 63102, **AND**, Attention: U.S. ATTORNEY GENERAL - LORETTA LYNCH, 950

PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530-0001.

) Defendant, Quasi UNITED STATES SECRETARY OF STATE, JOHN KERRY, service address

Is located at, SECRETARY OF STATE, WASHINGTON, DC 20520.

) Defendant, Quasi Former SECRETARY OF STATE, HILLARY CLINTON, service address is

Located at, 1 PIERREPONT PLAZA, BROOKLYN HEIGHTS, NEW YORK 11201.

) Defendant, Quasi OFFICE OF UNITED STATES SECRETARY OF STATE, service address is

Located at, DEPARTMENT OF STATE, WASHINGTON, DC 20520.

) Defendant, Quasi UNITED STATES ATTORNEY GENERAL, LORETTA LYNCH, service

address is located at, 950 PENNSYVANIA AVENUE, NW WASHINGTON, DC 20530-0001.

) Defendant, Quasi Former UNITED STATES ATTORNEY GENERAL, ERIC HOLDER, service

address is located at, ONE CityCenter, 850 TENTH STREET, NW WASHINGTON, DC 20001.

) Defendant, Quasi UNITED STATES DEPARTMENT OF JUSTICE, service address is located at, 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530-0001.

) Defendant, Quasi STATE OF MISSOURI, service address is located at, Attention: GOVERNOR – JAY NIXON, 201 WEST CAPITAL AVENUE, ROOM 216, JEFFERSON CITY, MO 65101.

) Defendant, Quasi STATE OF MISSOURI GOVERNOR, JAY NIXON, service address is located at, 201 WEST CAPITAL AVENUE, ROOM 216, JEFFERSON CITY, MO 65101.

) Defendant, Quasi STATE OF MISSOURI GOVERNOR'S OFFICE, service address is located at, Attention: GOVERNOR - JAY NIXON, 100 MADISON ST., JEFFERSON CITY, MO 65101.

) Defendant, Quasi MISSOURI SECRETARY OF STATE, JASON KANDER, service address is located at, 600 WEST MAIN, JEFFERSON CITY, MO 65101.

) Defendant, Quasi MISSOURI SECRETARY OF STATE OFFICE, service address is located at, Attention: SECRETARY OF STATE - JASON KANDER, 600 WEST MAIN, JEFFERSON CITY, MO 65101.

) Defendant, Quasi MISSOURI ATTORNEY GENERAL, CHRIS KOSTER, service address is located at, 207 WEST HIGH ST., JEFFERSON CITY, MO 65101.

) Defendant, Quasi MISSOURI ATTORNEY GENERAL OFFICE, service address is located at, Attention: ATTORNEY GENERAL - CHRIS KOSTER, 207 WEST HIGH ST., JEFFERSON CITY, MO 65101.

) Defendant, Quasi MISSOURI DEPARTMENT OF CORRECTIONS, service address is located at, Attention: DIRECTOR - GEORGE A. LOMBARDI, 2729 PLAZA DRIVE, JEFFERSON CITY, MO 65109.

) Defendant, Quasi MISSOURI DEPARTMENT OF CORRECTIONS DIRECTOR – GEORGE A. LOMBARDI, service address is located at, 2729 PLAZA DRIVE, JEFFERSON CITY, MO 65109. ?????

) Defendant, Quasi MISSOURI DEPARTMENT OF REVENUE, service address is located at, Attention: Director – NIA RAY, TRUMAN BUILDING, ROOM 670, JEFFERSON CITY, MISSOURI 65102.

) Defendant, Quasi MISSOURI DEPARTMENT OF REVENUE DIRECTOR – NIA RAY, service address is located at, TRUMAN BUILDING, ROOM 670, JEFFERSON CITY, MISSOURI 65102.

) Defendant, Quasi MISSOURI MOTOR VEHICLE DEPARTMENT DIRECTOR – JACKIE BEMBOOM, service address is located at, 301 WEST HIGH ST., ROOM 470, JEFFERSON CITY, MO 65105.

) Defendant, Quasi MISSOURI MOTOR VEHICLE DEPARTMENT, service address is located at, Attention: DIRECTOR, JACKIE BEMBOOM, 301 WEST HIGH ST., ROOM 470, JEFFERSON CITY, MO 65105.

) Defendant, Quasi MISSOURI GENERAL ASSEMBLY, service address is located at, Attention: PRESIDENT PRO TEM – RON RICHARD, STATE CAPITAL, 201 W CAPITAL AVENUE, ROOM 321, JEFFERSON CITY, MO 65101.

) Defendant, Quasi ST. LOUIS COUNTY, MISSOURI, service address is located at, Attention: COUNTY EXECUTIVE – STEVE STENGER, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY EXECUTIVE – STEVE STENGER, service address is located at, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi Former ST. LOUIS COUNTY EXECUTIVE – CHARLIE DOOLEY, last known service address is located at, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY EXECUTIVE OFFICE, service address is located at, Attention: ST. LOUIS COUNTY EXECUTIVE – STEVE STENGER, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS, COUNTY PROSECUTING ATTORNEY – ROBERT P. McCULLOCH, service address is located at, 100 SOUTH CENTRAL AVENUE, 2ND FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS, COUNTY PROSECUTING ATTORNEY OFFICE, service address is

located at, Attention: ROBERT P. McCULLOCH, 100 SOUTH CENTRAL AVENUE, 2ND FLOOR,

CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY JAIL, service address is located at, Attention: Director

HERBERT L. BERNSEN, 100 S. CENTRAL, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY DEPARTMENT OF JUSTICE, service address is located at,

Attention: Director HERBERT L. BERNSEN, 100 SOUTH CENTRAL, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY DEPARTMENT OF JUSTICE DIRECTOR – HERBERT L.

BERNSEN, service address is located at, 100 S. CENTRAL, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY SHERIFF – JIM BUCKLES, service address is located at,

7900 CARONDELET AVENUE, 5TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUTY SHERIFF'S OFFICE, service address is located at, Attention:

SHERIFF – JIM BUCKLES, 7900 CARONDELET AVENUE, 5TH FLOOR, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY POLICE CHIEF, COLONEL – JON BELMAR, service address is

located at, 7900 FORSYTH BOULEVARD, CLAYTON, MISSOURI 63105.

) Defendant, Quasi ST. LOUIS COUNTY POLICE CHIEF OFFICE, service address is located at,

Attention: COLONEL, JON BELMAR, 7900 FORSYTH BOULEVARD, CLAYTON, MISSOURI 63105.

) Defendant, Quasi FORMER ST. LOUIS COUNTY CHIEF OF POLICE, TIM FITCH, service address is

located at, 2628 DELMAR BOULEVARD, ST. LOUIS, MISSOURI 63103.

) Defendant, Quasi ST. LOUIS COUNTY BOARD OF POLICE COMMISSIONERS, service address is

located at, Attention: CHAIRMAN, ROLAND J. CORVINGTON, OFFICE OF THE CHIEF OF POLICE,

7900 FORSYTH AVENUE, CLAYTON, MISSOURI 63105.

) Defendant, Quasi ST. LOUIS COUNTY COUNCIL, service address is located at, Attention:

COUNCIL ADMINISTRATIVE DIRCETOR, GENEVIEVE FRANK, 41 SOUTH CENTRAL AVENUE,

CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT JUDGE, JOSEPH DUEKER, service address is located at, 105 SOUTH CENTRAL, 3RD FLOOR, DIVISION 43, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT JUDGE, DENNIS SMITH, service address is located at, 105 SOUTH CENTRAL AVENUE, 2ND FLOOR, DIVISION 40, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT JUDGE, MARY B. SCHROEDER, service address is located at, 105 SOUTH CENTRAL, 1ST FLOOR, DIVISION 32, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT JUDGE, JOHN BORBONUS III, service address is located at, 100 S. CENTRAL, 3RD FLOOR, DIVISION 35, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT, service address is located at, Attention: JOAN M. GILMER, Circuit Clerk, 105 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105.

) Defendant, Quasi ST. LOUIS COUNTY CIRCUIT COURT JUDGE, RICHARD STEWARD, service address is located at, 3415 HAMPTON AVENUE, ST. LOUIS, MISSOURI 63139.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI, service address located at, Attention: Mayor SYLVESTER CALDWELL, 4216 EDGEWOOD BLVD., PINE LAWN, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI MAYOR, SYLVESTER CALDWELL, service address is located at, 4216 EDGEWOOD BLVD., PINE LAWN, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI MAYOR'S OFFICE, service address is located at, Attention: Mayor SYLVESTER CALDWELL, 4216 EDGEWOOD BLVD., PINE LAWN, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI BOARD OF ALDERMAN, service address is located at, Attention: Board of Alderman President, OLIMES UNDERWOOD, 6250 STEVE MARRE AVENUE, PINE LAWN, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI PROSECUTING ATTORNEY, RUFUS TATE, service address is located at, 7751 CARONDELET AVENUE, SUITE 803, ST. LOUIS, MO 63105.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI PROSECUTING ATTORNEY OFFICE, service

address is located at, Attention: JOYCE LEE, COURT ADMINISTRATOR, 6250 STEVE MARRE

AVENUE, PINE LAWN, MISSOURI 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI POLICE DEPARTMENT, service address is

located at, Attention: Chief of Police, MAURICE BROWN, 6250 STEVE MARRE AVENUE, ST.

LOUIS, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI CHIEF OF POLICE, MAURICE BROWN, service

address is located at, 6250 STEVE MARRE AVENUE, ST. LOUIS, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI CHIEF OF POLICE OFFICE, Attention:

CHIEF MAURICE BROWN, service address is located at, 6250 STEVE MARRE

AVENUE, ST. LOUIS, MO 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI MUNICIPAL COURT, service address is located

at, Attention: Court Administrator, JOYCE LEE, 6250 STEVE MARRE AVENUE, PINE LAWN,

MISSOURI 63121.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI MUNICIPAL JUDGE, DEAN PLOCHER, service

address is located at, 130 S. BEMISTON AVENUE #508, ST. LOUIS, MO 63105.

) Defendant, Quasi CITY OF PINE LAWN, MISSOURI POLICE OFFICER, HUBBARD Badge #412,

service address located at, 6250 STEVE MARRE AVENUE, PINE LAWN, MISSOURI 63121.

) Defendant, Quasi CITY OF FLORISSANT, MISSOURI, service address is located at, Attention:

MAYOR, THOMAS SCHNEIDER, 955 RUE ST FRANCOIS, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi CITY OF FLORISSANT, MISSOURI MAYOR, THOMAS SCHNEIDER, service

address is located at, 955 RUE ST FRANCOIS, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi CITY OF FLORISSANT, MISSOURI MAYOR'S OFFICE, service address is located

at, Attention: MAYOR, THOMAS SNYDER, 955 RUE ST. FRANCOIS, FLORISSANT, MISSOURI

63031.

) Defendant, Quasi FLORISSANT, MISSOURI, COUNTY COUNCIL, service address is located at, Attention: PRESIDENT, JOSEPH EAGAN, 155 PAUL AVENUE, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi Former FLORISSANT, MISSOURI PROSECUTING ATTORNEY, RONALD BROCKMEYER, service address is located at, 121 N. 5th STREET, ST. CHARLES, MISSOURI 63301.

) Defendant, Quasi FLORISSANT, MISSOURI PROSECUTING ATTORNEY, MARY DORSEY, service address is located at, 2209 FIRST CAPATIL DRIVE, ST. CHARLES, MISSOURI 63301.

) Defendant, Quasi FLORISSANT, MISSOURI PROSECUTING ATTORNEY OFFICE, service address is located at, Attention: COURT ADMINISTRATOR, ANNA L. DAVIS, 1055 RUE ST FRANCOIS, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi FLORISSANT, MISSOURI POLICE DEPARTMENT, service address is located at, Attention: CHIEF, TIMOTHY LOWERY, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI JAIL, service address is located at, Attention: CHIEF, TIMOTHY LOWERY, N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI CHIEF OF POLICE, TIMOTHY LOWERY, service address is located at, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI CHIEF OF POLICE OFFICE, service address is located at, Attention: CHIEF, TIMOTHY LOWERY, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI MUNICIPAL COURT, service address is located at, Attention: COURT ADMINISTRATOR, ANNA L. DAVIS, 1055 RUE ST FRANCOIS, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi FLORISSANT, MISSOURI MUNICIPAL JUDGE, DANIEL BOYLE, service address is located at, 1055 RUE ST FRANCOIS, FLORISSANT, MISSOURI 63031.

) Defendant, Quasi FLORISSANT, MISSOURI POLICE OFFICER, NILSON Badge #00598, service

address is located at, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI POLICE OFFICER, PATRICK J. O'NEILL – DSN 555, service address is located at, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI POLICE OFFICER, OSMER – DSN 591, service address is located at, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi FLORISSANT, MISSOURI POLICE OFFICER, LAW – DSN 610, service address is located at, 1700 N. HIGHWAY 67, ST. LOUIS, MISSOURI 63033.

) Defendant, Quasi CITY OF BERKELEY, MISSOURI, service address is located at, Attention: CITY MANAGER, Ab dul – kaba Abdullah, 8425 AIRPORT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI MAYOR, THEODORE HOSKINS, service address is located at, 8425 AIRPORT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI MAYOR'S OFFICE, service address is located at, Attention: MAYOR, THEODORE HOSKINS, 8425 AIRPORT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI COUNTY COUNCIL, service address is located at, Attention: COUNCIL – AT – LARGE, RALPH McDANIEL, 8425 AIRPORT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI CITY MANAGER, AB DUL – KABA ABDULLAH, service address is located at, 8425 AIRPORT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI CITY MANAGER OFFICE, service address is located at, Attention: CITY MANAGER, Ab dul – Kaba Abdullah, 8425 AIRPROT ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI PROSECUTING ATTORNEY, DONNELL SMITH, service address is located at, 4625 LINDELL BOULEVARD, SUITE 500, ST. LOUIS, MISSOURI 63108.

) Defendant, Quasi BERKELEY, MISSOURI PROSECUTING ATTORNEY OFFICE, service address is

located at, Attention: COURT ADMINISTRATOR, APRIL WALTON, 8425 AIRPORT ROAD,

BERKELEY, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI POLICE DEPARTMENT, service address is located at,

Attention: COLONEL, MARK McCALL, Jr, 5850 N. HANLEY, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI POLICE CHIEF, COLONEL, FRANK McCALL, Jr, service

address is located at, 5850 N. HANLEY, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI CHIEF OF POLICE OFFICE, service address is located at,

Attention: COLONEL, FRANK McCALL, Jr, 5850 N. HANLEY ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI MUNICIPAL COURT, service address is located at,

Attention: COURT ADMINSTRATOR, APRIL WALTON, 8425 AIRPORT ROAD, BERKELEY,

MISSOURI 63134.

) Defendant, Quasi BERKELEY, MISSOURI MUNICIPAL JUDGE, JENNIFER FISHER, service address is

located at, 3920 LINDELL BOULEVARD, SUITE 200, ST. LOUIS, MISSOURI 63108.

) Defendant, Quasi BERKELEY, MISSOURI POLICE OFFICER, BUHR – Badge #546, service address is

located at, 5850 N. HANLEY ROAD, ST. LOUIS, MISSOURI 63134.

) Defendant, Quasi CITY OF ST. ANN, MISSOURI, service address is located at, Attention: CITY

ADMINISTRATOR, MATT CONLEY, 10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI MAYOR, MICHAEL G. CORCORAN, service address is

located at, 10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI MAYOR'S OFFICE, service address is located at,

Attention: MAYOR, MICHAEL G. CORCORAN, 10405 ST. CHARLES ROCK ROAD, ST. ANN,

MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI BOARD OF ALDERMAN, service address is located at,

Attention: DIRECTOR, MICHAEL G. CORCORAN, 10405 ST. CHARLES ROCK ROAD, ST. ANN,

MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI PROSECUTING ATTORNEY, KEITH CHEUNG, service
address is located at, 130 BEMISTON, CLAYTON, MISSOURI 63105.

) Defendant, Quasi ST. ANN, MISSOURI PROSECUTING ATTORNEY OFFICE, service address is
located at, Attention: COURT ADMINISTRATOR, ANGELA CHATMAN, 10405 ST. CHARLES ROCK
ROAD, ST. LOUIS, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI POLICE DEPARTMENT, service address is located at,
Attention: CHIEF, JIMENZ, 10405 ST. CHARLES ROCK ROAD, ST. LOUIS, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI CITY ADMINSTRATOR, MATT CONLEY, service address is
located at, 10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI CITY ADMISTRATOR OFFICE, service address is located at,
Attention: CITY MANAGER, MATT CONLEY, 10405 ST. CHARLES ROCK ROAD, ST. LOUIS,
MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI CHIEF OF POLICE, JIMENZ, service address is located at,
10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI CHIEF OF POLICE OFFICE, service address is located at,
Attention: CHIEF, JIMENZ, 10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI JAIL, service address is located at, Attention: CHIEF,
JIMENZ, 10405 ST. CHARLES ROCK ROAD, ST. ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI MUNICIPAL COURT, service address is located at,
Attention: COURT ADMINISTRATOR, ANGELA CHATMAN, 10405 ST. CHARLES ROCK ROAD, ST.
ANN, MISSOURI 63074.

) Defendant, Quasi ST. ANN, MISSOURI MUNICIPAL JUDGE, SEAN O'HAGAN, service address is
located at, 7374 NORTHMOOR DRIVE, ST. LOUIS, MISSOURI 63105.

) Defendant, Quasi ST. ANN, MISSOURI POLICE OFFICER, KINCAID – DSN 108, service address is located at 10405 ST. CHARLES ROCK ROAD, ST. LOUIS, MISSOURI 63074.

) Defendant, Quasi CITY OF HAZELWOOD, MISSOURI, service address is located at, Attention: CITY MANAGER, MATTHEW ZIMMERMAN, 415 ELM GROVE LANE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI MAYOR, MATTHEW ROBINSON, service address is located at, 723 BELLFLOWER DRIVE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI MAYOR'S OFFICE, service address is located at, Attention: MAYOR, MATTHEW ROBINSON, 723 BELLFLOWER DRIVE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CODE ENFORCEMENT DEPARTMENT, service address is located at, Attention: CODE ADMINISTRATOR, PATRICK McSHEEHY, 415 ELM GROVE LANE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CODE ADMINISTRATOR, PATRICK McSHEEHY, service address is located at, 415 ELM GROVE LANE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CITY COUNCIL, service address is located at, Attention: MAYOR, MATTHEW ROBINSON, 723 BELLFLOWER DRIVE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI PROSECUTING ATTORNEY, Patrick Chassaing, service address is located at, 130 S. BEMISTON, ST. LOUIS, MISSOURI 63105.

) Defendant, Quasi HAZELWOOD, MISSOURI PROSECUTING ATTORNEY, STEPHANIE KARR, service address is located at, 130 S. BEMISTON, ST. LOUIS, MISSOURI 63105.

) Defendant, Quasi HAZELWOOD, MISSOURI PROSECUTING ATTORNEY OFFICE, service address is located at, Attention: COURT CLERK, GINNY L. LORTON, 415 ELM GROVE LANE, ST. LOUIS,

MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI POLICE DEPARTMENT, service address is located at, Attention: CHIEF, GREGG HALL, 415 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CHIEF OF POLICE, GREGG E. HALL, service address is located at, 415 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CHIEF OF POLICE OFFICE, service address is located at, Attention: CHIEF, GREGG E. HALL, 414 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI MUNICIPAL COURT, service address is located at, Attention: COURT CLERK, GINNY L. LORTON, 415 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI MUNICIPAL JUDGE, KEVIN KELLY, service address is located at, 401 CHEZ DRIVE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI POLICE OFFICER, CRAIG TUDOR Badge #00415, service address is located at, 415 ELM GROVE LAVE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CITY MANAGER, MATTHEW ZIMMERMAN, service address is located at, 415 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi HAZELWOOD, MISSOURI CITY MANAGER OFFICE, service address is located at, Attention: CITY MANAGER, MATTHEW ZIMMERMAN, 415 ELM GROVE LANE, ST. LOUIS, MISSOURI 63042.

) Defendant, Quasi CITY OF DELLWOOD, MISSOURI, service address is located at, Attention: CITY ADMINISTRATOR, CORDARYL PATRICK, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi MAYOR OF DELLWOOD, MISSOURI, REGGIE JONES, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI, MAYORS' OFFICE, service address is located at,

Attention: MAYOR, REGGIE JONES, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI BOARD OF ALDERMEN, service address is located at, Attention: CITY ADMINISTRATOR, CORDARYL PATRICK, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI CITY ADMINISTRATOR, CORDARYL PATRICK, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI CITY ADMINISTRATORS' OFFICE, service address is located at, Attention: CITY ADMINISTRATOR, CORDARYL PATRICK, 1415 CHAMBERS ROAD, ST. LOUIS, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI PROSECUTING ATTORNEY, TIMOTHY SMITH, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI PROSECUTING ATTORNEY OFFICE, service address is located at, Attention: COURT ADMINISTRATOR, JESSICA CLAYTON, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI POLICE DEPARTMENT, service address is located at, Attention: SERGEANT, STEVE TUCKER, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI POLICE SERGEANT, STEVE TUCKER, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI POLICE SEARGANT OFFICE, service address is located at, Attention: COMMANDER, CRAIG JEFFERY, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI MUNICIPAL COURT, service address is located at, Attention: COURT ADMINISTRATOR, JESSICA CLAYTON, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi DELLWOOD, MISSOURI MUNICIPAL JUDGE, DONNELL SMITH, service address is located at, 6101 DELMAR BLOUVARD, SUITE A, ST. LOUIS, MISSOURI 63112.

) Defendant, Quasi DELLWOOD, MISSOURI POLICE OFFICER, SPEER – DSN 3992, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION COURT, service address is located at, Attention: DIVISION (CLERK/SUPERVISOR), TIFFANY DAVIS, #21 VILLAGE SQUARE, HAZELWOOD, MISSOURI 63042.

) Defendant, Quasi (DELLWOOD, MISSOURI/ST. LOUIS COUNTY) POLICE OFFICER, WHITE – DSN 4412, service address is located at, 1415 CHAMBERS ROAD, DELLWOOD, MISSOURI 63135.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION, PROSECUTING ATTORNEY, NAUMAN WADALAWALA, service address is located at, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MISSOURI 63105.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION, PROSECUTING ATTORNEY OFFICE, service address is located at, 41 SOUTH CENTRAL, 9TH FLOOR, CLAYTON, MISSOURI 63105.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION JUDGE, DANIEL BROWN, service address is located at, 9100 OVERLAND PLAZA, OVERLAND, MISSOURI 63114.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION 1ST PRECINT, service address is located at, Attention: CAPTAIN, GUY MEANS, 11815 BENHAM ROAD, ST. LOUIS, MISSOURI 63138.

) Defendant, Quasi ST. LOUIS COUNTY NORTH DIVISION 1ST PRECINT CAPTAIN, GUY MEANS, service address is located at, 11815 BENHAM ROAD, ST. LOUIS, MISSOURI 63138.

) Defendant, Quasi ST. LOUIS COUNTY NOTRH DIVISION 1ST PRECINT CAPTAIN OFFICE, service address is located at, Attention: CAPTAIN, GUY MEANS, 11815 BENHAM ROAD, ST. LOUIS, MISSOURI 63138.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI, service address is located at, Attention: CITY

MANAGER, LEGAN WALKER, 6801 DELMAR BOULEVARD, 2ND FLOOR, UNIVERSITY CITY,
MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY MANAGER, LEGAN WALKER, service address is located at,
6801 DELMAR BOULEVARD, ST. LOUIS, MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY MANAGERS' OFFICE, service address is located at,
Attention: CITY MANAGER, LEGAN WALKER, 6801 DELMAR BOULEVARD, ST. LOUIS, MISSOURI
63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI MAYOR, SHELLEY WELSCH, service address is
located at, 7141 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI MAYORS' OFFICE, service address is located at,
Attention: MAYOR, SHELLEY WELSCH, 7141 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI
63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI CITY COUNCIL, service address is located at,
Attention: MAYOR, SHELLEY WELSCH, 7141 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI
63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI PROSECUTING ATTORNEY, CINDY R. ORMSBY,
service address is located at, 130 SOUTH BEMISTON AVENUE, SUITE 602, ST. LOUIS, MISSOURI
63105.

) Defendant, Quasi OFFICE OF UNIVERSITY CITY, MISSOURI PROSECUTING ATTORNEY, service
address is located at, Attention: COURT ADMINISTRATOR, KATHY MATTHEWS, 6801 DELMAR
BOULEVARD, LOWER LEVEL, UNIVERSITY CITY, MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI POLICE DEPARTMENT, service address is located
at, Attention: CHIEF, CHARLES ADAM, 6801 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI
63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI CHIEF OF POLICE, CHARLES ADAMS, service

    address is located at, 6801 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI CHIEF OF POLICE OFFICE, service address is

    located at, Attention: CHIEF, CHARLES ADAMS, 6801 DELMAR BOULEVARD, UNIVERSITY CITY,

    MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI MUNICIPAL COURT, service address is located

    at, Attention: DIRECTOR OF FINANCE, TINA CHARUMILIND, 6801 DELMAR BOULEVARD, 1ST

    FLOOR, UNIVERSITY CITY, MISSOURI 63130.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI MUNICIPAL JUDGE, PAUL D'AGROSA, service

    address is located at, 7710 CARONDELET, SUITE 200, ST. LOUIS, MISSOURI 63105.

) Defendant, Quasi UNIVERSITY CITY, MISSOURI POLICE OFFICER, YOUNG – BADGE #426, service

    address is located at, 6801 DELMAR BOULEVARD, UNIVERSITY CITY, MISSOURI 63130.

## IV.    INTERNATIONAL LAW - SUPPORT FOR FILING OF THIS COMPLAINT, DESPITE, NON – CONFORMITY(S)

In the event that the Court finds this complaint to be legible, and, concise, in the

interest of justice, and, as a matter of law, along with the seriousness of this case, the infringement(s)

upon the Plaintiffs' rights to the means of his own subsistence, the fact that there are related pending

alleged Court case(s), which threaten warrant(s) for the Plaintiffs' arrest, and, the potential of continual,

and, additional, {damage(s)/injury(s)}, the Plaintiff is respectfully demanding that this complaint be filed,

despite, any non- conformity(s) with local, {and/or}, Federal Rules of Civil Procedure.

In the event that the Court finds that this Complaint is not legible, (and/or),

concise, the Plaintiff is requesting that the Court notify the Plaintiff of such finding, along with reference

to the issue(s), as well as, be given the opportunity to file this Complaint after making the appropriate

(ADDENDUM/AMENDMENT) to this Complaint.

In the event that the Court finds that this Complaint, including any and all

[procedure(s)/process] document(s), presented by the Plaintiff, is grossly inconsistent with Federal Rules

of Civil Procedure, or, local Rule, to the end of making this Complaint (un- file able), the Plaintiff is

requesting that such issue(s) be disclosed to the Plaintiff, and, that the Plaintiff be allowed to file this

Complaint after making the appropriate change(s), (and/or), (ADDENDUM/AMENDMENT) to the

Complaint, (and/or) other filing document(s).

V.     The Plaintiff is demanding a Jury Trial.

VI.    The Plaintiff is requesting a District Judge

VII.   **IN REGARDS TO DEFENDANT(S) NOTED IN HEADER WITHOUT FULL NAMES,**
       **AND, ANY OTHER DEFENDANT(S) THAT (MAY/MUST) BE JOINED**
       As a result of the fact that the Plaintiff has made previous attempt(s), to the

appropriate Agency(s), to obtain the full name(s) of the Defendant(s) noted in the

header of this complaint without full name(s), only to be denied such information, or,

being given lengthy direction(s), as to how to obtain such information, and, in the event

that the Judge demands the full name(s) of any Defendant(s), that are noted in the

header without full name(s), the Plaintiff will be demanding such {full name(s)}, at the

appropriate pretrial conference to obtain such information, as well as, will be making

appropriate (ADDENDUM/AMENDMENT) to the complaint document.

In addition to the above, in the event that the Judge demands that additional

Defendant(s) must be joined to the complaint, the Plaintiff will be requesting the

name(s), and, service address(s) of such Defendant(s), if not already known, at the

appropriate pretrial conference, as well as, will be making the appropriate

(ADDENDUM/AMENDMENT) to this Complaint.

VIII.  **IN REGARDS TO JOINDER OF 3RD PARTY DEFENDANT(S)**

There are certain third party Defendant(s) joined to this complaint, Quasi –

(MAYOR(S), COUNTY/CITY COUNCIL(S), CHIEF(S) OF POLICE, POLICE DEPARTMENT(S), GOVERNOR, etc.),

these third party Defendant(s) have been joined to this complaint, as a result of their (superior/

management/ authoritative/ constitutional checks n balance) position, and, their failure in their

obligation to (secure/ protect) the Plaintiffs' right(s), in regards to their respective subordinate

[Agency(s), Agent(s), Corporation(s)] Defendant(s), and, the {wrong(s), harm(s), negligence, malice, and,

injury(s)], imposed upon the Plaintiff by the Defendant(s).

This section of the complaint has been entered as a result of the large number

of Defendant(s) involved, and, to limit multiple inserts of the third party Defendant(s),

(action(s)/participation), in regards to their respective subordinate [AGENCY(S), AGENT(S),

CORPORATION(S)], whom are noted as Defendant(s) within this complaint.

IX.                                    **STATEMENT OF CLAIM**

### PINELAWN DEFENDANT ACTION(S)

1. On or about May 3, 2012, the travel of Mr. Bey (ex rel. Mr. Wynne), was interrupted
by a City of Pine Lawn alleged Police Officer, Hubbard Badge #412.

2. Upon approaching Mr. Bey's (ex rel. Mr. Wynne's) car, Hubbard Badge #412, went on to
detain Mr. Bey (ex rel. Mr. Wynne).

3. Upon re-approaching Mr. Bey's (ex rel. Mr. Wynne's) car, Hubbard Badge #412, went on
to give Mr. Bey (ex rel. Mr. Wynne), (3) State of Missouri uniform citations- [(120285925 Expired Temp
Tag- unlawful ordinance #392.070), (120 285926 No Proof OF Insurance- unlawful ordinance #580.140),
and (120 285927 Failed to Register a Vehicle- unlawful ordinance #380.250)], in which the alleged Court
date(s) is June 21, 2012, at the City of Pine Lawn alleged Municipal Court, under the alleged Judge, Dean
Plocher, and, alleged Prosecuting Attorney, Rufus Tate, and, carries a penalty that a warrant may be

issued for Mr. Bey's (ex rel. Mr. Wynne's) arrest, in the event that Mr. Bey (ex rel. Mr. Wynne) fails to appear to such alleged Court date(s).

4. Under duress and in fear of jail time or any other violence, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at, (4), alleged Court date(s), in which each alleged Court date included the penalty that a warrant may be issued for Mr. Bey's (ex rel. Mr. Wynne's) arrest in the event that Mr. Bey (ex rel. Mr. Wynne) fails to attend such alleged Court date(s).

5. On the alleged Court date of September 6, 2012, Mr. Bey (ex rel. Mr. Wynne) received no remedy, and the City OF Pine Lawn proceeded on to issue Mr. Bey (ex rel. Mr. Wynne), (2) new alleged Court dates, against Mr. Bey's (ex rel. Mr. Wynne's) will, such date(s) are: October 11, 2012 requesting a payment of 100(FRN), and, November 8, 2012 requesting 125 (FRN), such document also stated that if Mr. Bey (ex rel. Mr. Wynne) fails to (APPEAR and PAY) or show cause, a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest shall be issued, and, that release shall be based upon the posting of a cash bond.

6. On or about November 8, 2012, the alleged Court, of the City OF Pine Lawn, under the signature of alleged Judge, Dean Plocher, arbitrarily, issued a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest.

7. On February 12, 2014, after being stopped and detained by a CITY OF ST. ANN alleged police officer, Kincaid, Mr. Bey (ex rel. Mr. Wynne) was held in a metal cage inside of the CITY OF ST. ANN'S jail, in regards to a warrant that had been issued for his arrest, by the CITY OF PINE LAWN, in regards to the (3) citations previously issued by the CITY OF PINE LAWN, upon the Plaintiff.

8. Left blank intentionally

9. alleged Officer, Kincaid, proceeded to handcuff Mr. Bey (ex rel. Mr. Wynne).

10. alleged Officer, Kincaid, proceeded to place Mr. Bey (ex rel. Mr. Wynne) into his squad car, and, transported Mr. Bey (ex rel. Mr. Wynne) to the St. Ann jail against Mr. Bey's (ex rel. Mr. Wynne's) will.

11. At some point after taking Mr. Bey (ex rel. Mr. Wynne) from his car, alleged, Officer, Kincaid, proceeded to order the towing of such car, in which the tow fee for such tow and storage was requested in (private commercial paper/fiat/federal reserve notes) in order to have the car returned to the owner, in which the requested federal reserve notes were given, in regards to return of such car to the owner.

12. Upon arriving at the St. Ann jail, Mr. Bey (ex rel. Mr. Wynne) was then stripped of all clothing, except for underwear, all possessions were taken, Mr. Bey (ex rel. Mr. Wynne) was given a jumpsuit to wear, Mr. Bey (ex rel. Mr. Wynne) was fingerprinted, had his picture taken, and, then was placed into a metal cage, all against his will and under duress.

13. Mr. Bey (ex rel. Mr. Wynne) remained in metal cage for (3) to (5) hours in regards to giving the city(s) of: Pine Lawn, Florissant, and, Berkeley, the opportunity to come and pick Mr. Bey (ex rel. Mr. Wynne) up, in regards to warrant(s) that had been issued upon the Plaintiff by such {municipality(s)/city(s)}.

14. Under duress and in fear of being (detained/locked up) again, on April 3, 2014, Mr. Bey (ex rel. Mr. Wynne) went to the CITY OF PINE LAWN alleged (jail/police department) and gave a (warrant/bond) of 150 Federal Reserve Notes, to the CITY OF PINE LAWN.

15. Upon allegedly paying warrant fee, Mr. Bey (ex rel. Mr. Wynne) was given a new alleged Court date with the CITY OF PINE LAWN ,of, (May 15, 2014), at the City of Pine Lawn alleged Municipal Court, under the alleged Judge, Dean Plocher, and, alleged Prosecuting Attorney, Rufus Tate, in which it was stated that a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest may be issued in the event that Mr. Bey (ex rel. Mr. Wynne) fails to appear to such alleged Court date.

16. On May 15, 2014, under duress and in fear of being locked up again, Mr. Bey (ex rel. Mr. Wynne), made a special appearance to the Pine Lawn alleged Court date(s), received no remedy, and requested to have such alleged Court case certified to the alleged Circuit Court, for the purpose of having a record, in which such alleged Court date(s) is September 4, 2014, at the ST. LOUIS COUNTY

alleged CIRCUIT COURT (CRIMINAL/TRAFFIC) Division, under the alleged Judge, Dennis Smith, alleged Prosecuting Attorney, Rufus Tate, and, case number 14SLMU00694.

17. At the alleged Court date of September 4, 2014, the CITY OF PINE LAWN

[(case(s)/charge(s)], were dismissed due to the city's failure to appear and prosecute.

------------------------------------------------------------------------------------------------------------------------

## FLORISSANT

18. On or about August 17, 2012, the travel of Mr. Bey (ex rel. Mr. Wynne) was interrupted by a CITY OF FLORISSANT employee, alleged, Officer, Nilson- Badge #00598, without there being evidence of an injured party due to the actions of Mr. Bey (ex rel. Mr. Wynne).

19. Upon interrupting Mr. Bey's (ex rel. Mr. Wynne's) travel, alleged, Officer, Nilson – Badge #00598, went on to detain Mr. Bey (ex rel. Mr. Wynne).

20. While detaining Mr. Bey (ex rel. Mr. Wynne), alleged, Officer, Nilson, proceeded to give Mr. Bey (ex rel. Mr. Wynne), (3) State OF Missouri uniform citations- [(120 416509 failure to register a motor vehicle- unlawful ordinance #390.050), 120416510 fail to maintain insurance- unlawful ordinance #390.140), and, (120416511 failure to display plates on a motor vehicle- unlawful ordinance #390.060)], with the alleged Court date(s) of November 28, 2012, at the City of Florissant alleged Municipal Court, under the alleged Judge, Daniel Boyle, and, alleged Prosecuting Attorney, Ronald Brockmeyer, which stated that failure to appear at the alleged Court, in regards to such citation(s), may result in a warrant being issued for Mr. Bey's (ex rel. Mr. Wynne's) arrest.

21. On or about August 27, 2012 Mr. Bey (ex rel. Mr. Wynne) went into the CITY OF FLORISSANT alleged Court building located at: 1055 St. Francois ST, Florissant, MO 63031 to deliver document(s) into the alleged Court case records in regards to the (3) citations noted above, as well as, to inquire information about such citation(s).

      A) While at the CITY OF FLORISSANT alleged Court building, Mr. Bey (ex rel. Mr.

Wynne) was approached and questioned by a CITY OF FLORISSANT alleged Police

Officer, Patrick J. O'Neil DSN 555, as to why he was on the premises, and, was told to

leave the premises, even though Mr. Bey (ex rel. Mr. Wynne) had presented the alleged

officer with the copy of his citation(s), and informed the officer that he was on the

premises in regards to such citation(s).

B) As Mr. Bey (ex rel. Mr. Wynne) had lawful business, at such agency, which had

previously initiated, and, forced business upon the Plaintiff, which concerned his

freedom, and, Mr. Bey (ex rel. Mr. Wynne) didn't know when he would have the ability

to visit such agency again to address issues he had with such agency, Mr. Bey (ex rel. Mr.

Wynne) informed the alleged officer that he was not able to leave the premises until he

addressed his (lawful/rightful), business, that he had at such agency, at this point, the

alleged officer obtained backup to force Mr. Bey (ex rel. Mr. Wynne) off of the premises,

Mr. Bey (ex rel. Mr. Wynne) was attacked by at (3) alleged officers, Osmer - DSN 591,

Law – DSN 610, and, was shot with a taser gun by Patrick J. O'Neil DSN 555.

C) After being shot by a tazer gun, Mr. Bey (ex rel. Mr. Wynne), and, a female

companion who was on premises with him, whom also was there, in regards to

citation(s) that she had with such agency, were handcuffed, and, ultimately taken to the

CITY OF FLORISSANT jail.

D) At Mr. Bey's (ex rel. Mr. Wynne's) request, due to injuries sustained, before

being transported to THE CITY OF FLORISSANT jail against his will, Mr. Bey (ex rel. Mr.

Wynne) was taken to the NORTHWEST HEALTHCARE Hospital, in handcuffs, against his

will.

E) Upon arrival at THE CITY OF FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne)

underwent the following:

1. Being placed into a holding cell to await booking under duress.

2. Being photographed under duress.

3. Being fingerprinted under duress.

4. Being deprived of all possessions other than underwear, under duress.

5. Being given an orange jumpsuit to wear under duress.

6. Being kept in a jail cell for over (70) hours under duress.

7. Being allowed no fleshless alternative meal, even though Mr. Bey (ex rel. Mr. Wynne) has not eaten flesh for over (20) years.

8. Upon being released from jail, Mr. Bey (ex rel. Mr. Wynne), was given (3) State of Missouri uniform citation(s), with the Court date(s) of November 28, 2012, at the City of Florissant alleged Municipal Court, under the alleged Judge, Daniel Boyle, and, alleged Prosecuting Attorney, Ronald Brockmeyer - color of (law/authority/position) citation(s) -(120417117 trespassing on private property, 120417118 private peace disturbance, and, 120417119 resisting arrest- unlawful ordinance #210.205), in which all (3) citation(s) state the penalty for failure to appear to such Court date(s) may result in a warrant being issued for Mr. Bey's (ex rel. Mr. Wynne's) arrest.

22. Under duress, threat, and, coercion, of, color of law, through the use of (unconscionable, fraudulent, void contract citation(s), and, driver's license), which threatens freedom, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at said alleged Court date(s) of November 28, 2012, and requested the Magistrate to disclose his jurisdiction power, in which such Magistrate refused to comply and proceeded to go on, and, assign Mr. Bey (ex rel. Mr. Wynne) another alleged Court date(s) of February 28, 2013, which also carried the penalty that a warrant may be issued for Mr. Bey's

(ex rel. Mr. Wynne's) arrest due to failure to appear at such alleged Court date(s) for all (6) void citations.

23. Upon Mr. Bey's (ex rel. Mr. Wynne's) inability to make a special appearance at the alleged Court

date(s) of February 28, 2013, the alleged Court of the CITY OF FLORISSANT, under signature of alleged Judge, Daniel Boyle, arbitrarily, issued a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest, in regards to all (6) void citations.

24. On February 12, 2014, after being stopped and detained by a CITY OF ST. ANN alleged Police Officer, Kincaid, Mr. Bey (ex rel. Mr. Wynne) was held in a metal cage inside of the CITY OF ST. ANN'S jail, in regards to a warrant that had been issued for his arrest by the CITY OF FLORISSANT in regards to the (6) citations noted above, issued by the CITY OF FLORISSANT, upon the Plaintiff.

25. Left blank intentionally

26. alleged Officer Kincaid proceeded to handcuff Mr. Bey (ex rel. Mr. Wynne).

27. alleged Officer Kincaid proceeded to place Mr. Bey (ex rel. Mr. Wynne) into his squad car, and transported Mr. Bey (ex rel. Mr. Wynne) to the St. Ann jail against Mr. Bey's (ex rel. Mr. Wynne's) will.

28. At some point after taking Mr. Bey (ex rel. Mr. Wynne) from his car, alleged, Officer, Kincaid, proceeded to order the towing of such car, in which the tow fee for such tow and storage was requested in (private commercial paper/fiat/federal reserve notes) in order to have the car returned to the owner, in which the requested federal reserve notes were given, in regards to return of such car to the owner.

29. Upon arriving at the St. Ann jail, Mr. Bey (ex rel. Mr. Wynne) was then stripped of all clothing, except for underwear, all possessions were taken, Mr. Bey (ex rel. Mr. Wynne) was given a jumpsuit to wear, Mr. Bey (ex rel. Mr. Wynne) was fingerprinted, had his picture taken, and then was placed into a metal cage, all against his will and under duress.

30. Mr. Bey (ex rel. Mr. Wynne) remained in metal cage for (3) to (5) hours in regards to giving the city(s) of: Pine Lawn, Florissant, and, Berkeley, the opportunity to come and pick Mr. Bey (ex rel. Mr. Wynne) up, in regards to warrant(s) that had been issued upon the Plaintiff by such {municipality(s)/city(s)}.

31. Upon the alleged FLORISSANT POLICE OFFICER arriving to transport Mr. Bey (ex rel. Mr. Wynne) to the FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne) was allowed to put his clothes back on, and the rest of his possessions were given to the alleged FLORISSANT OFFICER, in a plastic property bag.

32. Before being transported to the FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne) was handcuffed by the alleged FLORISSANT POLICE OFFICER, and remained handcuffed until arrival at FLORISSANT JAIL.

33. Upon arriving at FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne) was placed into a jail cell to await being fingerprinted and having picture taken, all against his will under duress.

34. After being fingerprinted and having picture taken under duress and against his will, Mr. Bey (ex rel. Mr. Wynne) was forced to strip of all his clothing and was given a jumpsuit to wear, and then was placed into a jail cell against his will.

35. Mr. Bey (ex rel. Mr. Wynne) was denied an alternative to meal(s) that had flesh in them, for the entire time that he remained locked up, even though Mr. Bey (ex rel. Mr. Wynne) had informed jail employees that he hasn't eaten flesh in close to (20) years.

36. Mr. Bey (ex rel. Mr. Wynne) remained in FLORISSANT JAIL cell for over (48) hours before being released.

37. Upon being released from FLORISSANT JAIL cell, Mr. Bey (ex rel. Mr. Wynne) was given all of his property back, and, was also given a new alleged Court date(s) of May 28, 2014, at the City of Florissant alleged Municipal Court, under the alleged Judge, Daniel Boyle, and, alleged Prosecuting Attorney, Ronald Brockmeyer, for the (6) previously issued CITY OF FLORISSANT CITATIONS in question,

which stipulates a warrant may be issued for his arrest in the event that he does not attend such alleged Court date(s) in regards to all (6) citations.

38. Under fear of jail time and under duress, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at such alleged Court date(s), received no remedy, and requested to have said alleged case, removed to the alleged Circuit Court, to have a record, in which the first alleged Court date(s) is July 24, 2014, at the St. Louis County alleged Circuit Court (Criminal/Traffic) Division, under the alleged Judge, Mary B. Schroeder, and, alleged Prosecuting Attorney, Ronald Brockmeyer, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

39. Under duress and in fear of being (detained/locked up) again, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at such alleged Court date, received no remedy, and was given another alleged Court date(s) of August 21, 2014, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

40. At the above noted alleged Court date of August 21, 2014, no remedy in the interest of justice, nor, as a matter of law, was offered by the alleged Court, and, the alleged Court issued Mr. Bey (ex rel. Mr. Wynne) another alleged Court date of, October 23, 2014, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

41. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of October 23, 2014, received no remedy in the interest of justice, or as a matter of law, and, was issued a new alleged Court date of November 20, 2014, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

42. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of November 20, 2014, received no remedy in the interest of justice, or as a matter of law, and was issued a new alleged Court date of January 15, 2015, in which such alleged Court date was changed to January 22, 2015, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

43. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of January 22, 2015, which was reassigned to alleged Judge, John N. Borbonus, received no remedy in the interest of justice, or as a matter of law, and was issued a new alleged Court date of February 19, 2015, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

44. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of February 19, 2015, received no remedy in the interest of justice, or as a matter of law, and was issued a new alleged Court date of March 26, 2015, in which such alleged Court date was changed to May 21, 2015, in which such alleged Court date was changed to June 18, 2015, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date .

45. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of June 18, 2015, which had been reassigned to alleged Prosecuting Attorney, Mary E. Dorsey, received no remedy in the interest of justice, nor as a matter of law, and was given a new Court date of: July 23, 2015, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

46. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of July 23, 2015, received no remedy in the interest of justice, nor as a matter of law, and was given a new alleged Court date of: October 13, 2015, and, carried the penalty that a

warrant for the Plaintiffs' arrest may be issued, in the event that the Plaintiff fails to appear at such alleged Court date.

47. On: October 8, 2015, at an alleged Court date, the alleged Court dismissed all charge(s) – nolle prosequi by the state.

--------------------------------------------------------------------------------------------------------------------

**BERKELEY**

48. On or about July 26, 2012, the travel of Mr. Bey (ex rel. Mr. Wynne) was interrupted, by an alleged City OF Berkeley Police Officer, Tobe Badge #546.

49. Alleged, Officer, Tobe, went on to detain Mr. Bey (ex rel. Mr. Wynne) for approximately (15) minutes.

50. Upon returning to Mr. Bey's (ex rel. Mr. Wynne's) car, alleged Officer Tobe, gave Mr. Bey (ex rel. Mr. Wynne), (2) State of Missouri uniform citations- [(100 874747 failure to register motor vehicle- unlawful ordinance #300.010), and, (100 874748 no proof of insurance- unlawful ordinance #395.140)]. Both citations stated that a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest may be issued in the event that Mr. Bey (ex rel. Mr. Wynne) fails to attend the alleged Court date(s) of September 6, 2012, at the City of Berkeley alleged Municipal Court, under the alleged Judge, Jennifer Fisher, and, alleged Prosecuting Attorney, Donnell Smith, in regards to the (2) citations.

51. Mr. Bey (ex rel. Mr. Wynne) received a continuance of such alleged Court date(s), to November 15, 2012, and, carried the penalty that a warrant for the Plaintiffs' arrest may be issued in the event that the Plaintiff fails to appear to such alleged Court date, which Mr. Bey (ex rel. Mr. Wynne) made a special appearance, under duress, and, received no remedy, and was given another alleged Court date(s) of January 8, 2013, in which such alleged Court date(s) carried the penalty that a warrant may be issued for Mr. Bey's (ex rel. Mr. Wynne's) arrest, in the event that Mr. Bey (ex rel. Mr. Wynne) fails to attend such alleged Court date(s).

52. On or about January 8, 2013, the alleged Court of the CITY OF BERKELEY, under the signature of the alleged Judge, Jennifer Fisher, arbitrarily issued a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest.

53. On February 12, 2014, after being stopped and detained by a CITY OF ST. ANN alleged police officer, Kincaid, Mr. Bey (ex rel. Mr. Wynne) was held in a metal cage inside of the CITY OF ST. ANN'S jail in regards to a warrant that had been issued for his arrest by the CITY OF BERKELEY.

54. Upon returning to Mr. Bey's (ex rel. Mr. Wynne's) car, after stopping and detaining Mr. Bey (ex rel. Mr. Wynne), the CITY OF ST. ANN alleged police officer, then informed Mr. Bey (ex rel. Mr. Wynne) that there was a warrant for his arrest active for the CITY OF BERKELEY in regards to citations-(100874747, 48).

55. Alleged, Officer, Kincaid, proceeded to handcuff Mr. Bey (ex rel. Mr. Wynne).

56. Alleged, Officer Kincaid proceeded to place Mr. Bey (ex rel. Mr. Wynne) into his squad car, and transported Mr. Bey (ex rel. Mr. Wynne) to the St. Ann jail against Mr. Bey's (ex rel. Mr. Wynne's) will.

57. At some point after taking Mr. Bey (ex rel. Mr. Wynne) from his car, alleged, Officer, Kincaid, proceeded to order the towing of such car, in which the tow fee for such tow and storage was requested in (private commercial paper/fiat/federal reserve notes) in order to have the car returned to the owner, in which the requested federal reserve notes were given, in regards to return of such car to the owner.

58. Upon arriving at the St. Ann jail, Mr. Bey (ex rel. Mr. Wynne) was then stripped of all clothing, except for underwear, all possessions were taken, Mr. Bey (ex rel. Mr. Wynne) was given a jumpsuit to wear, Mr. Bey (ex rel. Mr. Wynne) was fingerprinted, had his picture taken, and, then was placed into a metal cage, all against his will and under duress.

59. Mr. Bey (ex rel. Mr. Wynne) remained in metal cage for (3) to (5) hours in regards to giving THE CITY OF BERKELEY the opportunity to come and pick Mr. Bey (ex rel. Mr. Wynne) up, in regards to the warrant that THE CITY OF BERKELEY had placed upon such individual.

60. Under duress and in fear of being (detained/locked up) again, on April 3, 2014, Mr. Bey (ex rel. Mr. Wynne) went to THE CITY OF BERKELEY alleged (jail/police department), and gave a (warrant/bond), of 450 Federal Reserve Notes.

61. Upon allegedly receiving payment of the 450 Federal Reserve Notes, fee, THE CITY OF BERKELEY issued Mr. Bey (ex rel. Mr. Wynne) another alleged Court date of: JUNE 19, 2014, at the City of Berkeley alleged Municipal Court, under alleged Judge, Jennifer Fisher, and, alleged Prosecuting Attorney, Donnell Smith, in which such alleged Court date stated that a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest, would be issued in the event that he failed to appear at such alleged Court date.

62. Even though Mr. Bey (ex rel. Mr. Wynne) made a special appearance to such alleged Court date of JUNE 19, 2014, and requested a removal to the alleged CIRCUIT COURT, to have a record, the alleged Court of the CITY OF BERKELEY, issued Mr. Bey (ex rel. Mr. Wynne), another municipal venue, alleged Court date of OCTOBER 23, 2014.

63. THE CITY OF BERKELEY allowed the alleged Court case to be removed after the OCTOBER 23, 2014 alleged, municipal court date.

64. Mr. Bey (ex rel. Mr. Wynne) was issued an alleged CIRCUIT COURT date of: DECEMBER 11, 201, at the St. Louis County alleged Circuit Court (Criminal/Traffic) Division, under the alleged Judge, Dennis Smith, alleged Prosecuting Attorney, Donnell Smith, and, case number 14SL-MU01086.

65. THE CITY OF BERKELEY alleged Court case was dismissed nolle prosequi by the city/state on DECEMBER 11, 2014 in regards to all [count(s)/charge(s)], at the alleged Court date, which the Plaintiff made a special appearance, under threat and coercion.

---------------------------------------------------------------------------------------------------------------------

## ST. ANN

66. On February 12, the travel of Mr. Bey (ex rel. Mr. Wynne) was interrupted by a CITY OF ST. ANN alleged Officer, Kincaid, DSN 108.

67. Upon being stopped, alleged Officer Kincaid, detained Mr. Bey (ex rel. Mr. Wynne), against his will.

68. Upon returning to Mr. Bey's (ex rel. Mr. Wynne's) car, alleged Officer Kincaid, then informed Mr. Bey (ex rel. Mr. Wynne), that there were warrants out for his arrest in (3) other municipalities, these municipalities being: FLORISSANT- (120416509, 10, 11, 120417117, 18, 19), BERKELEY- (100874747, 48), and PINE LAWN- (120285925, 26, 27).

69. Alleged Officer Kincaid, then went on to give Mr. Bey (ex rel. Mr. Wynne), (2) State of Missouri uniform citations- [(131464605 speeding in school/park zone operator 136- Clark- color of law ordinance #520.070), and, (131464606 no proof of insurance- unlawful ordinance #590.140)], with the alleged Court date(s) of April 1, 2014, at the City of St. Ann alleged Municipal Court, under the alleged Judge, Sean O'Hagen, and, alleged Prosecuting Attorney, Keith Cheung, which noted that failure to appear in the alleged Court in regards to such citation(s), may result in a warrant being issued for his arrest, in which neither citation involved any injured party, due to the action(s) of Mr. Bey (ex rel. Mr. Wynne).

70. Alleged Officer Kincaid, proceeded to handcuff Mr. Bey (ex rel. Mr. Wynne).

71. Alleged Officer Kincaid, proceeded to place Mr. Bey (ex rel. Mr. Wynne) into his squad car, and transported Mr. Bey (ex rel. Mr. Wynne) to the St. Ann jail against Mr. Bey's (ex rel. Mr. Wynne's) will.

72. At some point after taking Mr. Bey (ex rel. Mr. Wynne) from his car, alleged Officer Kincaid, proceeded to order the towing of such car, in which the tow fee for such tow, and, storage, was (requested/demanded), in (FRN/FIAT), before such car was released to the owner.

73. Upon arriving at the St. Ann jail, Mr. Bey (ex rel. Mr. Wynne) was then stripped of all clothing, except for underwear, all possessions were taken, Mr. Bey (ex rel. Mr. Wynne) was given a jumpsuit to wear, Mr. Bey (ex rel. Mr. Wynne) was fingerprinted, had his picture taken, and then was placed into a metal cage, all against his will and under duress.

74. Mr. Bey (ex rel. Mr. Wynne) remained in metal cage for (3) to (5) hours until a member of the City of Florissant alleged police department, came and picked him up, to transport him to the FLORISSANT JAIL against his will.

75. Upon the alleged FLORISSANT POLICE OFFICER arriving to transport Mr. Bey (ex rel. Mr. Wynne), to the FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne) was allowed to put his clothes back on, and the rest of his possessions were given to the alleged FLORISSANT OFFICER, in a plastic property bag.

76. Before being transported to the FLORISSANT JAIL, Mr. Bey (ex rel. Mr. Wynne) was handcuffed by the alleged FLORISSANT POLICE OFFICER, and remained handcuffed until arrival at FLORISSANT JAIL, where he then, had his picture taken, was fingerprinted, and stripped of all possessions, and given a jumpsuit to wear, in which he remained detained for at least (48) hours.

77. On or about April 1, 2014, the alleged Court of the CITY OF ST. ANN, under the signature of the alleged Judge, Sean O'Hagen, arbitrarily, issued a warrant for the arrest of Mr. Bey (ex rel. Mr. Wynne), in regards to the (2) citations given to Mr. Bey (ex rel. Mr. Wynne), on behalf of the CITY OF ST. ANN.

78. In fear of being (detained/locked up) again, as well as being under duress, Mr. Bey (ex rel. Mr. Wynne) gave a (warrant/bond) to: THE CITY OF ST. ANN JAIL on April 3, 2014, in the amount of 325(FRN/FIAT), and as a result, Mr. Bey (ex rel. Mr. Wynne) was given a new alleged Court date(s) of June 17, 2014, at the City of St. Ann Municipal Court, under the alleged Judge, Sean O'Hagen, and, alleged Prosecuting Attorney, Keith Cheung, in regards to the (2) citation(s) given to Mr. Bey (ex rel. Mr. Wynne) , which also carried the same terms of, a warrant being issued for Mr. Bey's (ex rel. Mr.

Wynne's) arrest, in the event that Mr. Bey (ex rel. Mr. Wynne) fails to attend such alleged Court date(s), in regards to the (2) citation(s).

79. On May 14, 2014, the (void/unconscionable) driver's license instrument registered in the name Maurese A. Wynne, was suspended due to actions of THE CITY OF ST. ANN and MISSOURI DEPARTMENT OF REVENUE.

80. In fear of jail time and under duress, Mr. Bey (ex rel. Mr. Wynne) attended the above noted alleged Court date of: June 17, 2014, and requested to have such alleged Court case certified to be removed to the alleged St. Louis County (Criminal/Traffic) Division Circuit Court, to have a record, in which such Court date(s) is August 7, 2014, at the St. Louis County alleged Circuit Court (Criminal/Traffic) Division, under the alleged Judge Dennis Smith, alleged Prosecuting Attorney, Keith Cheung, and, case number 14SL-MU00564.

81. Mr. Bey (ex rel. Mr. Wynne), under duress, and, in fear of being locked up again, made a special appearance at such alleged Court date(s) of August 7, 2014, at the ST. LOUIS COUNTY CRIMINAL/TRAFFIC DIVISION, received no remedy, and was given another alleged Court date(s) of October 21, 2014, which carried the penalty that a warrant may be issued for the Plaintiff, in the event that such person fails to appear at such alleged Court date.

82. On the above noted alleged Court date of: October 21, 2014, which the Plaintiff made a special appearance, under threat, duress, and, coercion, in which all (3) counts against Mr. Bey (ex rel. Mr. Wynne) were dismissed nolle prosequi.

83. On November 25, 2014, after being stopped and detained by a CITY OF HAZELWOOD alleged police officer, Craig Tudor, Mr. Bey (ex rel. Mr. Wynne) was issued a STATE OF MISSOURI uniform citation- (130962939- DRIVING WHILE OPERATORS LICENSE SUSPENDED), in regards to THE CITY OF ST. ANN'S and MISSOURI DEPARTMENT OF REVENUE'S, previous action(s) to suspend Mr. Bey's (ex rel. Mr. Wynne's) void license document on May 14, 2014.

84. On April 13, 2015, Mr. Bey (ex rel. Mr. Wynne), made a special appearance at an alleged jury

trial, under threat, duress, and, coercion, at ST. LOUIS COUNTY CIRCUIT COURT CRIMINAL/TRAFFIC

DIVISION 43, under alleged Judge, Joseph Dueker, and, alleged Prosecuting Attorney, Patrick Chaissang,

and was sentenced by the alleged jury of such alleged trial, to a fine to be determined by the alleged

Court, in regards to THE CITY OF HAZELWOOD'S citation- (130962737 DRIVING WHILE OPERATORS

LICENSE SUSPENDED), which is in regards to the CITY OF ST. ANN'S and MISSOURI DEPARTMENT OF

REVENUE, action(s) to suspend the void Driver's License document, bearing the name: MAURESE

WYNNE , on May 14, 2014, in connection with CITY OF ST. ANN and STATE OF MISSOURI uniform

citation(s)- (131 464605/06) which were issued to Mr. Bey (ex rel. Mr. Wynne) on: February 12, 2014.

---------------------------------------------------------------------------------------------------------------------------------

## HAZELWOOD 1

85. On or about November 25, 2014, the travel of Mr. Bey (ex rel. Mr. Wynne) was interrupted

by a CITY OF HAZELWOOD alleged police officer, Craig Tudor, without such interference being due to the

creation of an injured party, due to the actions of Mr. Bey (ex rel. Mr. Wynne).

86. Upon stopping and detaining Mr. Bey (ex rel. Mr. Wynne), the CITY OF HAZELWOOD alleged

police officer proceeded to go on to give Mr. Bey (ex rel. Mr. Wynne), (3) MISSOURI UNIFORM

CITATIONS- [(130962737- DRIVING WHILE OPERATORS LICENSE SUSPENDED- unlawful ordinance

#385.010 {in regards to THE CITY OF ST. ANN, and, THE MISSOURI DEPARTMENT OF REVENUE previous

action(s) of suspending the void license document bearing the name MAURESE WYNNE, (130962738-

FAILURE TO REGISTER A MOTOR VEHICLE- unlawful ordinance #385.020), and, (130962739- FAILED TO

PROVIDE PROOF OF FINANCIAL RESPONSIBILITY ON DEMAND- unlawful ordinance #385.010)], with an

initial alleged Court date of January 8, 2015, at the City of Hazelwood alleged Municipal Court, under the

alleged Judge, Kevin Kelly, and, alleged Prosecuting Attorney, Stephanie Karr.

87. The above noted citation(s) states that in the event that Mr. Bey (ex rel. Mr. Wynne) fails to attend such alleged Court date of January 8, 2015, there may be a warrant issued for the arrest of Mr. Bey (ex rel. Mr. Wynne).

88. Under duress, threat, and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance to such alleged Court date of January 8, 2015, and, had the alleged Court case removed to the alleged ST. LOUIS COUNTY CIRCUIT CRIMINAL/TRAFFIC COURT, to have a record, in which the new alleged case # is 15SL-MU00069, and the first alleged Court date is March 5, 2015, in division 43, under the alleged Judge, Joseph Dueker, and, alleged Prosecuting Attorney, Patrick Chaissang, in which such alleged Court date carried the penalty that a warrant may be issued for the Plaintiffs' arrest in the event that such person fails to appear at such alleged Court date.

89. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of March 5, 2015, received no remedy in the interest of justice, or as a matter of law, and was issued a new alleged Court date of April 13, 2015, which carried the penalty that a warrant for the Plaintiffs' arrest may be issued in the event that the Plaintiff fails to appear.

90. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance to the alleged Court date of April 13, 2015, for an, alleged, jury trial, even though Mr. Bey (ex rel. Mr. Wynne) had not plead (guilty, nor, not guilty) in regards to such alleged Court case, nor, was given disclosure of quo warranto discovery request, received no remedy in the interest of justice, or as a matter of law, but was allegedly, found guilty at such alleged trial, the alleged jury's sentence(s) in regards to punishment, are as follows:

A) In regards to citation 130962737 of DRIVING WHILE OPERATORS LICENSE SUSPENDED, the jury sentenced no imprisonment, but a fine in the amount to be determined by the alleged Court.

B) In regards to citation 130963738 of FAILURE TO REGISTER A MOTOR VEHICLE, the jury

sentenced no imprisonment, but a fine in the amount to be determined by the alleged Court.

C) In regards to citation 130962739 of FAILED TO PROVIDE PROOF OF FINANCIAL

RESPONSIBILITY ON DEMAND, the jury sentenced imprisonment in the County Jail for a

term of (3) days, and, a fine in the amount to be determined by the alleged Court.

91. The alleged Court issued a sentencing alleged Court date of May 22, 2015.

92. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) made a special appearance at the alleged Court date of May 22, 2015, received no remedy in the interest of justice, or as a matter of law, and was allegedly sentenced as follows:

A) In regards to citation 130962737 of DRIVING WHILE OPERATORS LICENSE

5USPENDED, the alleged Court, under the signature of the alleged Judge, Joseph Dueker,

and, alleged Prosecuting Attorney, Patrick Chaissang, sentenced Mr. Bey (ex rel. Mr. Wynne)

to (1) year probation under the supervision DJS with suspended imposition of sentence, and,

no fine, even though the alleged jurors of the alleged jury trial, sentenced no imprisonment,

but a fine to be determined by the Court.

B) In regards to citation 130962738 of FAILURE TO REGISTER A MOTOR VEHICLE, the

Alleged Court under signature of alleged Judge, Joseph Dueker, and, alleged Prosecuting

Attorney, Patrick Chaissang, sentenced a fine in the amount of 50(FRN).

C) In regards to citation 130962739 of FAILED TO PROVIDE PROOF OF FINANCIAL

RESPONSIBILITY ON DEMAND, the alleged Court, under signature of alleged Judge, Joseph

Dueker, and, alleged Prosecuting Attorney, Patrick Chaissang, sentenced (3) days

incarceration.

D) In regards to citation 130962739 of FAILED TO PROVIDE PROOF OF FINANCIAL

RESPONSIVILITY ON DEMAND, the alleged Court, under signature of alleged Judge, Joseph

Dueker, and, alleged Prosecuting Attorney, Patrick Chaissang, also sentenced a fine of

300(FRN).

93. Immediately after the alleged Court sentencing was held on March 22, 2015, in regards to

the (3) CITY OF HAZELWOOD citation(s) noted above, Mr. Bey (ex rel. Mr. Wynne) underwent the

following:

A) was handcuffed

B) was taken to the ST. LOUIS COUNTY JAIL, remaining in handcuffs

C) was booked into County Jail

D) had his picture taken

E) was pat down searched

F) was stripped searched

G) was stripped of all possessions except for boxer underwear

H) was given clothing and sandals to wear

I) was made to participate in a voice recognition process, in order to be able to

participate in making phone calls.

J) was forced to stay in a jail cell or jail pod, for at least (3) hours, over the (3) day

incarceration sentence which was given to Mr .Bey (ex rel. Mr. Wynne)

K) was not allowed any substitution for meals that included flesh, even though

Mr. Bey (ex rel. Mr. Wynne) has not eaten flesh for over (20) years

L)   was not allowed any organic food- (real food)

M)  was not allowed any natural water- (all natural spring water, naturally electrolyte

water, naturally alkaline water)

N)  was made subject to (GMO), and, fluoride product(s) that calcify the penial gland

O)  was deprived of sunlight

P)  upon being released from jail, Mr. Bey (ex rel. Mr. Wynne) was given a debit

card, which charges a fee for transactions, instead of the actual federal reserve notes,

which was withheld from him upon booking into the ST. LOUIS COUNTY JAIL

-------------------------------------------------------------------------------------------------------------------------------

### HAZELWOOD 2

94. On or about January 16, 2015, the travel of Mr. Bey (ex rel. Mr. Wynne) was interrupted by a CITY OF HAZELWOOD alleged police officer, Craig Tudor, without such stop being the result of the creation of an injured party due to the action(s) of Mr. Bey (ex rel. Mr. Wynne).

95. Upon stopping and detaining Mr. Bey (ex rel. Mr. Wynne), the CITY OF HAZELWOOD alleged police officer proceeded to give Mr. Bey (ex rel. Mr. Wynne), (1) MISSOURI UNIFORM CITATION- (130963073- FAIL TO REGISTER VEHICLE- unlawful ordinance # 385.020).

96. The above noted citation states an initial alleged Court date of March 5, 2015, at the City of Hazelwood alleged Municipal Court, under alleged Judge, Sean O'Hagen, and, alleged Prosecuting Attorney, Stephanie Karr.

97. Such citation states that a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest may be issued, in the event that he fails to appear at such alleged Court date.

98. The alleged Court date of March 5, 2015 was changed to March 12, 2015, in which such alleged Court date carried the penalty that a warrant for Mr. Bey's (ex rel. Mr. Wynne's) arrest may be issued in the event that he fails to attend such Court date.

99. Under duress, threat and coercion, Mr. Bey (ex rel. Mr. Wynne) attended the alleged Court date of March 12, 2015, received no remedy in the interest of justice, or as a matter of law, and had such alleged Court case removed to the alleged ST. LOUIS COUNTY CIRCUIT CRIMINAL/TRAFFIC COURT, to have a record.

100. **TO THE CURRENT DATE**, SUCH COURT CASE HAS NOT BEEN GIVEN AN ALLEGED, ST. LOUIS COUNTY (CRIMINAL/TRAFFIC), COURT DATE, NOR, HAS ANY MUNICIPAL ACTION BEEN TAKEN, SO THE CASE APPEARS TO STILL BE OPEN.

---------------------------------------------------------------------------------------------------------------------

## DELLWOOD

101. On January 5, 2016, a CITY OF DELLWOOD alleged Police Officer, Speer DSN 3992, interrupted the travel of, and, detained the Plaintiff, without there being an injured party created by the action(s) of the Plaintiff.

102. Upon returning to the Plaintiffs' car, the alleged Police Officer, proceeded to give the Plaintiff, (2) MISSOURI UNIFORM CITATION(S) – 130328412-3, (FAILED TO REGISTER VEHICHLE/ NO INSURANCE), with the alleged Court date of March 3, 2016 @ 6pm, in which such alleged Court date carries the threat of a warrant for the Plaintiffs' arrest, in the event that the Plaintiff fails to appear to such alleged Court date. This alleged Court case was assigned to the alleged Judge, Donnell Smith, and, alleged Prosecuting Attorney, Timothy Smith, at the alleged Municipal Court level.

103. The above noted alleged citation(s), demanded, (commercial paper/ fiat/ federal reserve notes), as payment of a fee, for allegedly committing a crime.

104. On or About: March 4, 2016, the ST. LOUIS COUNTY CIRCUIT COURT DELLWOOD MUNICIPAL DIVISION, mailed a document to the Plaintiff, which noted an alleged, (new, continued), Court date of

May 5, 2016 @ 6pm, as well as, stated that a warrant may be issued for the Plaintiffs' arrest, in the event that the Plaintiff fails to appear to such alleged Court date.

105. On May 5, 2016, at the alleged Court date, which the Plaintiff made a special appearance, under threat, duress, and, coercion, the alleged Court case was certified to be removed to the ST. LOUIS COUNTY CIRCUIT COURT (CRIMINAL/TRAFFIC) DIVISION, to have a record, and, was assigned to the

alleged Judge, Joseph Dueker, and, alleged Prosecuting Attorney, Timothy Smith, with the case number 16SL- MU00522.

106. On June 8, 2016, the alleged, ST. LOUIS COUNTY CIRCUIT COURT, sent a document through the U.S. mail system, in which such document stated the first ST. LOUIS COUNTY CIRCUIT COURT (CRIMINAL/TRAFFIC) DIVISION, scheduled, alleged Court date, of July 28, 2016 @ 1:30pm, under the 43rd Division, case # 16SL-MU00522.

107. On July 28, 2016, at an alleged Court date, the alleged, (Court/ Judge), Joseph Dueker, denied the Plaintiffs' demands for disclosure of quo warranto, and, injured party, and, went on to assign another alleged Court date to the Plaintiff, of September 15, 2016, under a new alleged Judge, Richard Steward, in which such alleged Court date carries the penalty that a warrant may be issued for the Plaintiff's arrest, in the event that the Plaintiff fails to appear to such alleged Court date.

108. On or About: August 3, 2016, Joan M. Gilmer, Circuit Court Clerk Office, sent an alleged certified call docket for trial, document, by way of U.S. mail, in which such document furthered the (artifice/enforcement) of fraudulent activity, by stating that an alleged Court date of September 15, 2016 @ 1:30pm was set, and, such alleged Court date consist of the threat of an arbitrary warrant being issued for the Plaintiffs' arrest, in the event that the Plaintiff fails to appear to such alleged Court date.

109. On September 15, 2016, at an alleged Court date, no remedy was offered in the interest of justice, as a matter of law, and, the re-assigned alleged (Court/Judge), Richard Steward, proceeded to assign another alleged Court date of December 2, 2016 @ 10am, and, a projected trial date of December 5, 2016 @ 9am.

110. On December 2, 2016, at an alleged Court date, which the Plaintiff made a special appearance, under threat, duress, and, coercion, such alleged Court case was dismissed, nolle prosequi.

-------------------------------------------------------------------------------------------------------------------------------------------

## ST. LOUIS COUNTY NORTH DIVISION

111. On January 8, 2016, an alleged Police Officer, WHITE DSN 4412, of the DELLWOOD, MISSOURI, alleged Police Department, on behalf of the ST. LOUIS COUNTY NORTH DIVISION, and, NORTH PRECINT (1), interrupted the Plaintiffs' travel, without there being an injured party, created by the action(s) of the Plaintiff.

112. Upon returning to the Plaintiffs' car, while detaining the Plaintiff, the alleged Officer proceeded to give the Plaintiff, (2) MISSOURI UNIFORM CITATION(S) – 140311095 – 6, (FAILURE TO REGISTER/NO PROOF OF INSURANCE), with the alleged NORTH COUNTY DIVISION COURT, in connection with the ST. LOUIS COUNTY NORTH DIVISION 1ST PRECINT, under the alleged Judge, Daniel Brown, and, alleged Prosecuting Attorney, Nauman Wadalawala, with the alleged Court date of: MARCH 10, 2016 @ 7:00PM, in which such citation(s) states that a warrant may be issued for the Plaintiffs' arrest, in the event that the Plaintiff fails to appear at such alleged Court date.

113. During the interruption of the Plaintiffs' travel, the alleged Officer, WHITE DSN 4412, handcuffed the Plaintiff, and, placed the Plaintiff into his car, while such alleged Officer, ran the Plaintiffs' ex rel. name, in which such alleged Officer, un cuffed the Plaintiff, and, allowed the Plaintiff to return to his own car, after no warrant was returned on the Plaintiffs' ex rel. name.

114. The initial alleged Court date of, MARCH 10, 2016 @ 7:00PM, did not take place, due to action(s) unknown, of the alleged Court, in which the alleged Court issued a new alleged Court date, of May 5, 2016, in which such alleged Court date carried the threat of (arbitrary detainment/ forced assimilation/ enforced disappearance), through the use of a warrant threat against the Plaintiff, in the event that the Plaintiff fails to appear at such alleged Court date, in which, the Plaintiff had not received the notice of such date change.

115. On or About: May 11, 2016, the alleged Court, under the signature of the alleged Judge, Daniel Brown, issued a warrant for the Plaintiffs' arrest.

116. On June 20, 2016, the alleged Court recalled the warrant for the Plaintiffs' arrest, and, issued a new alleged Court date, of June 23, 2016, in which such alleged Court date carried the penalty that an arbitrary warrant for the Plaintiffs' arrest may be issued in the event that the Plaintiff fails to appear at such alleged Court date.

117. On the above noted alleged Court date of June 23, 2016, the Plaintiff made a special appearance, under threat, duress, and, coercion, stated that he was requesting to have the alleged Court case certified to the alleged ST. LOUIS COUNTY CIRCUIT COURT (CRIMINAL/TRAFFIC) Division, to have a record, as well as, was requesting a jury trial, in which the alleged Judge, Daniel Brown, stated that (removal/certification) to the alleged Circuit Court, would not be necessary, as the alleged ST. LOUIS COUNTY NORTH DIVISION COURT, is a Court of record.

## UNIVERSITY CITY

118.     On August 1, 2016 the Plaintiffs' travel was interrupted by an alleged UNIVERSITY CITY, MISSOURI POLICE OFFICER, YOUNG #476, without there being an injured party created by the actions(s) of the Plaintiff, in which such alleged Officer proceeded to give the Plaintiff, (2) STATE OF MISSOURI UNIFORM CITATION(S), 150 728791/92, with the alleged Court date of, September 7, 2016, at the alleged UNIVERSITY CITY MUNICIPAL COURT, under the alleged Judge, Paul D'Agrosa, and, alleged Prosecuting Attorney, Cindy R. Ormsby , in which, such alleged citation(s), state the penalty, that a warrant may be issued for the Plaintiff's arrest, in the event that the Plaintiff fails to appear at such alleged Court date.

119. On August 6, 2016, the alleged Court continued the initial Court date of September 7, 2016, to October 5, 2016.

120. On September 6, 2016, the alleged Municipal Court of UNIVERSITY CITY, sent by way of U.S.mail, a document supporting (artifice/fraud), stating a new alleged Court date of, October 5, 2016,

had been issued, in which such document also stated that a warrant for the Plaintiff's arrest may be issued in the event that the Plaintiff fails to appear at such alleged Court date.

121. On October 5, 2016, under signature of the alleged Judge, Paul D'Agrosa, there was a warrant issued for the Plaintiffs' arrest.

122. On December 16, 2016, the Plaintiff was put in receipt of denial, of demand for (expungement/dismissal), recalling of warrant, (and/or), issuing a new alleged Court date, which was demanded in the form of an affidavit, which also noted the Plaintiffs' (nomen/appilation/attribute), Maurese Bey, along with the Plaintiffs', (Aboriginal/Jus Sanguinis) Nationality of (Al Moroccan/American), despite the fact that the demand for such (expungement/dismissal), recalling of warrant, (and/or), issuing of a new alleged Court date, which was filed in the above noted alleged Court case, by the above noted Plaintiff, included Federal Court case(s) that deemed the alleged claim(s) of a crime made against the Plaintiff, as unlawful, unconstitutional, and, not arrest able offences, nor a crime, as well as, stated that the Plaintiff would be joining the alleged Judge, and, alleged Prosecuting Attorney, to a Federal Court Case, at the Eastern District Court of Missouri, in the event that such person(s) failed to comply with such affidavit, in which such denial referred to the Plaintiffs' affidavit, as a motion.

X. **RELIEF DEMANDED**

1) The (Expungement/Dismissal) of alleged Court case # 16SL MU00522, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the Dellwood alleged Municipal Court case number(s) – 130 328412/13.

2) The (Expungement/Dismissal) of alleged Court case # 140 311095/96, @ ST. LOUIS COUNTY NORTH DIVISION.

3) The (Expungement/Dismissal) of alleged Court case # 150 728791/92, @ the alleged UNIVERSITY CITY MUNICIPAL COURT.

4) The expungement of alleged Court case # 14SL MU00694, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the corresponding Pine Lawn alleged Municipal Court, case number(s) – 120 285925-27.

5) The expungement of alleged Court case # 14SL MU00496, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the corresponding alleged Florissant Municipal Court case number(s) – 120 416509 – 11/ 120 417117 - 19.

6) The expungement of alleged Court case # 14SL MU01086, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the corresponding Berkeley alleged Municipal Court case number(s) – 100 874747/48.

7) The expungement of alleged Court case # 14SL MU00564, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the corresponding St. Ann alleged Municipal Court case number(s) - 131 464605/06.

8) The expungement of alleged Court case # 15SL MU00069, @ ST. LOUIS COUNTY (CRIMINAL/TRAFFIC) DIVISION, along with, the Hazelwood alleged Municipal Court case number(s) – 130 962737 - 39.

9) The expungement of alleged Court case # T 130963073-B, @ the HAZELWOOD alleged Municipal Court.

10) The delivering over to the Plaintiff, of all Fingerprint(s), and, Photograph(s), taken of the Plaintiff, by the, CITY OF FLORISSANT alleged Police Station, along with receipt of such action(s) being performed, as well as, the ordering of the destruction of all additional Fingerprint(s), and, Photograph(s), of the Plaintiff, which were electronically, or, otherwise maintained by the, CITY OF FLORISSANT alleged Police Department, and, any copies of such (document(s)/property), transmitted to any, and, all, other [AGENCY(S), AGENT(S), CORPORATION(S)], by the CITY OF FLORISSANT alleged Police Department, along with receipt of such action(s) being executed.

11)      The delivering over to the Plaintiff, of all Fingerprint(s), and,

Photograph(s), taken of the Plaintiff, by the, CITY OF ST. ANN alleged Police Station, along with receipt of

such action(s) being performed, as well as, the ordering of the destruction of all additional

Fingerprint(s), and, Photograph(s), of the Plaintiff, which were electronically, or, otherwise maintained

by the, CITY OF ST. ANN alleged Police Department, and, any copies of such (document(s)/property),

transmitted to any, and, all, other [AGENCY(S), AGENT(S), CORPORATION(S)], by the CITY OF ST. ANN

alleged Police Department, along with receipt of such action(s) being executed.

12)      The delivering over to the Plaintiff, of all Fingerprint(s), Photograph(s),

and, Voice Recognition Recording(s), taken of the Plaintiff, by the, ST. LOUIS COUNTY alleged JUSTICE

CENTER, along with receipt of such action(s) being performed, as well as, the ordering of the destruction

of all additional Fingerprint(s), Photograph(s), and, Voice Recognition Recording(s) of the Plaintiff, which

were electronically, or, otherwise maintained by the ST. LOUIS COUNTY alleged JUSTICE CENTER, and,

any copies of such (document(s)/property),  transmitted to any, and, all, other [AGENCY(S), AGENT(S),

CORPORATION(S)], by the ST. LOUIS COUNTY alleged JUSTICE CENTER, along with receipt of such

action(s) being executed.

13)      In regards to paragraph(s) (10) – (12) above, in any event that the

Defendant(s) noted within such paragraph(s) are claiming that no additional [Fingerprint(s),

Photograph(s), Voice Recognition Recording(s)] were maintained, or, transmitted to any other

{AGENCY(S), AGENT(S), CORPORTATION(S)}, such Defendant(s), must deliver upon the Plaintiff, receipt

of such claim.

14)      The disbarment of alleged Judge, Joseph Dueker

15)      The disbarment of alleged Prosecuting Attorney, Patrick Chaissang

16)      The disbarment of alleged Judge, Paul D'Agrosa

17)      The disbarment of alleged Prosecuting Attorney, Cindy R. Ormsby

XI.                          **MONEY DAMAGES**

A)      The Plaintiff claims actual, and, punitive monetary damages for the acts
stated in this Complaint.

B)      The amount demanded is Fifteen Million Dollars, or, [Federal Reserve
Notes - In Lieu of Fifteen Million Dollars], and, an additional
(Twenty Thousand dollars), or, [Federal Reserve Notes – In Lieu of Twenty
Thousand Dollars], per day, from the, UNITED STATES GOVERNMENT
CORPORATION, defendant, until COMPLAINT is resolved, starting the day after
the, UNITED STATES GOVERNMENT CORPORATION, defendant, is served with
this COMPLAINT, the reason(s) I am entitled to recover such money damage(s),
are as follows:

1)      The action(s), and, the lack there of, of the Defendant(s), were
in the nature of, deceit, intentional negligence, and, intentional malice.

2)      The action(s) of the Defendant(s) were all committed against
the Plaintiff under the same, color of: [(authority/ law/ position/ office)
status], and, the superior foreign entity, UNITED STATES OF AMERICA
Corporation.

3)      The Defendant(s) of this complaint are either, foreigner(s), or,
acting on behalf of foreign owned corporation(s), whom is operating in
interference with right(s) of the Plaintiff, whom happens to be a
member of the Aboriginal American population.

4)      The action(s) of the Defendant(s), were committed in violation
of the, Republican Form of Government, which is promised in the,
Constitution For the United States of America Republic.

5)      The very large number of conspirator Defendant(s), along with the, duress, threat, and coercion, created by such large number of conspirator(s).

6)      The unlawful action(s) of the Defendant(s) were continued, even after being informed of the Plaintiffs' free national (appellation/nomen/ attribute), and Nationality.

7)      The unlawful action(s) of the Defendant(s) created multiple infringement(s) upon the right(s) of the Plaintiff, and, thus created multiple injury(s).

8)      The often, and multiple, unlawful action(s) of the Defendant(s), which threatened arbitrary enforced disappearance, by way of threaten of warrant for the Plaintiffs' arrest, as well as, performed multiple enforced disappearance(s) upon the Plaintiff, in which, some cases, FEDERAL RESERVE NOTES were (demanded/requested), as a condition of the Plaintiffs' release, making the Defendant(s) merely suable, private person(s), not Government, and, in some case(s), the Plaintiff was offered no bond.

9)      The action(s) of the Defendant(s), often, created, cruel and unusual treatment, as well as, offences to the Plaintiffs' dignity.

10)     The action(s) of the Defendant(s) were always initiated by action(s) of the Defendant(s) to constrict the Plaintiffs' travel, without there being an injured party created by the action(s) of the Plaintiff, charge the Plaintiff with a crime, which purports to convert a right into a crime or privilege, as well as, the action of denying the Plaintiff his right

of self determination, by not accepting the fact that the Plaintiff is
Maurese Bey, ex rel. Maurese Wynne, and, an aboriginal American,
upon disclosure of such information by the Plaintiff.

11)      The action(s) of the Defendant(s), interfered with the Plaintiffs',
right, and, ability, to freely, and comfortably, (pursue, obtain, and,
maintain), his own means of subsistence.

12)      The action(s) of the Defendant(s), often interfered with,
(and/or), denied the Plaintiff to further his cultural – [observances,
rituals, congregation, study(s)].

13)      The Defendant(s) created unlawful bond(s) against the
Plaintiffs' estate.

14)      The Plaintiff suffered multiple occasions of, physical pain, bodily
injury, arbitrary deprivation of property, and, freedom.

15)      The Plaintiff suffered a great deal of embarrassment, and,
character damage, on multiple occasion(s).

16)      The Plaintiff was made subject to unhealthy, unnatural, and,
genetically modified organisms, and, not allowed any [(organic/ all
natural) - (food(s)/drink(s)], nor, hygiene products, was only allowed
fluoride toothpaste, which damages the Plaintiffs' penial gland, as well
as, was not offered any substitute to flesh [item(s)/ product(s)], even
though the Plaintiff informed jail attendant(s) that he has not eaten
flesh in (20) years, on multiply occasions, while being unlawfully held in
jail facility(s).

17)      The Defendant(s), noted in this complaint, continued in

Page **68** of **71**

action(s) against the Plaintiff without (responding to /complying with)
quo warranto disclosure demand(s) made by the Plaintiff.

18)    The Plaintiff have been handcuffed, jailed, and, transported
multiple times, under threat, duress, and, coercion.

19)    The Defendant(s) have imposed ex post facto laws, and, bills of
attainder upon the Plaintiff, on multiple occasions.

20)    The action(s) of the Defendant(s), took the Plaintiff away from
his family on multiple occasions.

21)    The Plaintiff was made subject to forced assimilation on
multiple occasions.

22)    The Defendant(s) initiated action(s) against the Plaintiff, which
alleged claim(s) of crimes against the Plaintiff, that were not supported
by (International/ Federal) law.

23)    As (de facto/ minor/ quasi/ feudal) government, foreign
entity(s), the Defendant(s) have brought charge(s) against the estate of
the (Aboriginal/Jus Sanguinis) American, under color of: (law/
authority/ position/ title/office), and, in effect, has made the Aboriginal
American, Plaintiff, a victim of servitude, forced, or, otherwise.

24)    The Defendant(s) are operating in violation of the Treaty of
Peace and Friendship.

25)    The action(s) of the Defendant(s) are in harmony with the
escheating, hypothecation, usurping, foefer, colonial occupation, of the
Plaintiffs' estate, as well as, the (Denationalization/ Purported
Denationalization), of the Plaintiff, along with the doctrine of discovery,

christian black codes 1868, negro act(s), secret treaty of Verona, the coup of 1871,interregnum, Spanish Inquisitions, Unum Sanctum, Dum Divers as, Romanus Pontifex, Inter Caetera Divina, and, the Cestui Que Vie (Act of 1666/Trust).

26)     The Defendant(s) have continued to carry out their action(s) against the Plaintiff, despite orders from their superior, Pope Francis, by means of his Civil Orders Notice - July 4, 2014, via: Anna Maria Wilhelmina Hanna Sophia Riezinger – von Reitzenstein von Lettow – Vorbeck, Private Attorney in service of Pope Francis, ordering the, cease and desist, of all (Roman Curia/ Holy See) [subordinate(s)/ corporation(s)] in participating in the type(s) of action(s) carried out upon the Plaintiff, by such Defendant(s), in regards to this Complaint.

27)     The Defendant(s) have denied the Plaintiff his autonomy, birthright, National Right, and, right of self - determination, along with the bundle of right(s) that travels with such person.

28)     The Defendant(s) action(s) have been conceived out of artifice, and, connotative meaning(s)

29)     This amount, also, is a deterrent for future, intentional negligence, and, intentional malice, upon the right(s) of, [(Active/In Full Life), (Aboriginal/Indigenous), (Moor(s)/American(s))], as well as, the right(s) of all member(s) of Man, as well as, Mankind.

XII.     The Plaintiff maintains that the wrongs stated in this complaint are continuing to occur at the present time.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this $\partial O$ day of December, 2016.

"all rights reserved"

Maurese Bey, ex rel. Maurese Wynne
(314) 585-9614

cc: Moors Order of The Roundtable
    Ms. Anna Maria Wilhelmina Hanna Sophia Riezinger – von Reitzenstein von Lettow – Vorbeck -
    Private Attorney in service of Pope Francis
    Mr. Ban Ki-moon, United Nations Secretary General
    Mr. Carter F. Ham, Vice President of the Association of the U.S. Army/Grand Army of the Republic
    Mr. Cui Tiankai, Chinese Ambassador to the U.S.
    Mr. LIU Jieyi, Chinese Permanent Representative/Ambassador
    Mr. Peter Thomson, United Nations General Assembly President
    Mr. Philippe Couvreur, International Court of Justice Registrar
    Mr. Robert J. Carlson, Archbishop of St. Louis Archdiocese